| United States Bankruptcy Court<br>**Northern District of Georgia - Atlanta Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HCG Software, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hawthorne Consulting Group, LLC; DBA PrevisionEPM** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**56-2416882** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**517 SW 4th Avenue, Suite 300**<br>**Portland, OR 97204**<br>ZIP CODE **97204-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Multnomah** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**507 Avery Creek Pointe**<br>**Woodstock, GA 30188**<br>ZIP CODE **30188-0000** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): **2001 NW Aloplek Drive, Unit 357 Hillsboro, OR 97124** |
|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

-----------------------------------------------------------

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HCG Software, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HCG Software, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

Signature(s) of Debtor(s) continued:

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  _____
  Date

Foreign Representative:

X _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X **/s/ Robert B. Campos**
  Signature of Attorney for Debtor(s)

**Robert B. Campos 107357**
Printed Name of Attorney for Debtor(s)

**Law Office of Robert B. Campos**
Firm Name

**2774 N. Cobb Parkway**
**Suite 109 #317**
Address

**404-388-3122  E-mail:rcampos@camposlawoffice.net**
Telephone Number

**July 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William C. Smith, Jr.**
  Signature of Authorized Individual

**William C. Smith, Jr.**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 16, 2015**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

## HCG SOFTWARE, LLC

### WRITTEN CONSENT OF, AND RATIFICATION BY,
### THE BOARD OF MANAGERS IN LIEU OF A MEETING

The undersigned, constituting all of the members of the Board of Managers (the *"Board")* of HCG Software, LLC fka Hawthorne Consulting Group, LLC (the *"Company"),* acting without a meeting and by consent pursuant to Section 5.5 of the Company's Amended and Restated Operating Agreement (the *"Operating Agreement"),* do hereby consent to, vote in favor of, and ratify the adoption the following resolutions and taking the following actions:

It is in the best interest of the Company to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the  Northern District of Georgia.

William "Wick" Smith is hereby authorized, directed and empowered to retain on behalf of the Company the Law Office of Robert B. Campos (the "Firm"), to render legal services to, and to represent, the Company in the bankruptcy case and related proceedings.

The undersigned further authorizes the Firm to rely upon or follow the directions of William "Wick" Smith  in connection with any matter relating to the bankruptcy case and related proceedings.

The undersigned further authorizes William "Wick" Smith to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby.

The undersigned further states that all acts lawfully done or actions lawfully taken by William "Wick" Smith in connection with the bankruptcy proceedings of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

Dated:  July 16, 2015

BOARD OF MANAGERS

William "Wick" Smith
Manager

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re **HCG Software, LLC** _____  Case No. _____

_____  Debtor(s)  Chapter **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $315,425.93 | 2015 - See Attachment 1 |
| $634,350.65 | 2014 - See Attachment 1 |
| $1,268,682.00 | 2013 - Sales |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**ATTACHMENT 1**

**HCG Software, LLC**

|  | Jan 1 - Jul 9, 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Uncategorized Income** | 11,750.00 |
| **Initial License** | 35,762.00 |
| **Initial Professional Fees** | 43,850.29 |
| **First Year USM** | 11,252.08 |
| **Professional Services** | 29,410.00 |
| **Annual USM** | 163,242.00 |
| **Monthly USM** | 7,424.16 |
| **Reimbursed Expenses - Income** | 12,735.40 |
| **Total Income** | 315,425.93 |
| **Gross Profit** | 315,425.93 |

9:53 AM

07/16/15

Accrual Basis

**HCG Software, LLC**

**January through December 2014**

|  | Jan - Dec 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Initial License | 147,167.00 |
| Initial Professional Fees | 127,397.00 |
| First Year USM | 33,421.67 |
| Professional Services | 141,050.00 |
| Annual USM | 162,650.00 |
| Additional Licenses | 1,500.00 |
| Other Professional Services | 0.00 |
| Reimbursed Expenses - Income | 21,164.98 |
| **Total Income** | 634,350.65 |
| **Gross Profit** | 634,350.65 |

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

**None**
■
*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐
    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225°.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attachment 3(b)** | | **$80,992.49** | **$0.00** |

**None**
☐
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Scott Stanton**<br>**19188 SE Tillstron Road**<br>**Boring, OR 97009**<br>   **Former Managing Director/Member of Board of**<br>**Managers** | **7/16/14 $174.61; 12/1/14**<br>**$245.31; 12/19/14 $551.16;**<br>**07/02/2014 $10,000;**<br>**07/10/2014 $5,000.00;**<br>**07/15/2014 $2,000.00;**<br>**08/01/2014 $1,962.16;**<br>**08/11/2014 $1,352.50;**<br>**08/27/2014 $1,922.03;**<br>**09/03/2014 $258.40;**<br>**09/30/2014 $3,000.00;**<br>**10/02/2014 $1,060.01;**<br>**10/08/2014 $600.00;**<br>**11/04/2014 $226.74;**<br>**11/17/2014 $1,500.00;**<br>**12/15/2014 $1,123.25;**<br>**12/16/2014 $158.00;**<br>**12/31/2014 $150.20;**<br>**01/05/2015 $8,000.00;**<br>**01/28/2015 $10,000.00;**<br>**1/29/2015 $133.00** | **$48,446.29** | **$597,747.00** |

*° Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**HCG Software, LLC**

**April 16 through July 14, 2015**

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Barrington Management, LLC** | | | | | | | |
| Bill Pmt -Check | 04/21/2015 | 7006 | | Chase (WAMU) Checking | √ | Accounts Payable | -5,680.00 |
| Bill | 06/01/2015 | 1925 | | Accounts Payable | | Utilities | -180.00 |
| Bill | 06/01/2015 | 1926 | | Accounts Payable | | -SPLIT- | -5,500.00 |
| | | | | | | | |
| **Bryan Cave, LLP** | | | | | | | |
| Bill Pmt -Check | 05/26/2015 | 7033 | #C084490 | Chase (WAMU) Checking | √ | Accounts Payable | -3,000.00 |
| Bill | 06/03/2015 | 10456768 | #C084490 | Accounts Payable | | Legal Fees | -1,500.00 |
| Bill Pmt -Check | 06/05/2015 | 7056 | #C084490 | Chase (WAMU) Checking | √ | Accounts Payable | -3,000.00 |
| Bill | 06/10/2015 | 10458280 | #C084490 | Accounts Payable | | Legal Fees | -1,500.00 |
| Bill | 06/19/2015 | 10462042 | #C084490 | Accounts Payable | | Legal Fees | -1,500.00 |
| | | | | | | | |
| **Oregon Department of Revenue** | | | | | | | |
| Liability Check | 04/27/2015 | 7007 | 1237619-0 / Form OQ - 1s | Chase (WAMU) Checking | √ | -SPLIT- | -5,292.69 |
| Liability Check | 04/29/2015 | 7025 | 1237619-0 | Chase (WAMU) Checking | √ | State Tax WH - OR | -3,193.00 |
| Liability Check | 05/06/2015 | 7015 | 1237619-0 / Form OQ - 2n | Chase (WAMU) Checking | √ | State Tax WH - OR | -3,390.00 |
| Liability Check | 06/05/2015 | 7055 | 1237619-0 / Form OQ - 2n | Chase (WAMU) Checking | √ | State Tax WH - OR | -3,690.00 |
| Liability Check | 07/07/2015 | To Print | 1237619-0 | US Bank Checking | | State Tax WH - OR | -3,206.00 |
| | | | | | | | |
| **United States Treasury** | | | | | | | |
| Liability Check | 04/22/2015 | | 56-2416882 / Form 941 - 2 | Chase (WAMU) Checking | √ | -SPLIT- | -631.50 |
| Liability Check | 05/06/2015 | | 56-2416882 / Form 941 - 2 | Chase (WAMU) Checking | √ | -SPLIT- | -15,366.56 |
| Liability Check | 05/19/2015 | | 56-2416882 / Form 941 - 2 | Chase (WAMU) Checking | √ | -SPLIT- | -334.74 |
| Liability Check | 06/05/2015 | | 56-2416882 / Form 941 - 2 | Chase (WAMU) Checking | √ | -SPLIT- | -12,790.72 |
| Liability Check | 06/11/2015 | | 56-2416882 | Chase (WAMU) Checking | √ | -SPLIT- | -259.22 |
| Liability Check | 06/15/2015 | | 56-2416882 | Chase (WAMU) Checking | √ | -SPLIT- | -336.40 |
| Liability Check | 07/06/2015 | | 56-2416882 | US Bank Checking | | -SPLIT- | -10,641.66 |

**-80,992.49**

B7 (Official Form 7) (04/13)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John C. Herbers**<br>**7600 Landmark Way**<br>**Ste. 1615**<br>**Englewood, CO 80111**<br>    **Former Interim CEO/Director** | **11/21/14 $886.82; 11/25/14**<br>**$6,000.00; 12/12/14**<br>**$2,309.12; 12/18/14**<br>**$6,000.00; 1/9/15 $1,244.09;**<br>**1/15/15 $6,000.00; 2/6/15**<br>**$1,638.00; 2/6/15 $6,000.00;**<br>**2/27/15 $1,981.66; 3/13/15**<br>**$1,942.40; 3/13/15**<br>**$6,000.00; 4/16/15**<br>**$6,000.00; 5/11/15 $972.96;**<br>**5/15/15 $6,000.00; 6/2/15**<br>**$1,694.04; 6/25/15 $7,000.00** | **$61,669.09** | **$0.00** |
| **Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007**<br>    **Former Chief Operating Officer** | **03/13/2015 $1,712.95;**<br>**05/06/2015 $891.20;**<br>**06/02/2015 $2,048.32;**<br>**01/02/2015 $5,227.60;**<br>**02/02/2015 $5,227.61;**<br>**02/04/2015 $763.74;**<br>**03/02/2015 $5,227.60;**<br>**04/01/2015 $5,227.60;**<br>**04/16/2015 $407.43;**<br>**05/01/2015 $5,230.37;**<br>**6/01/2015; 06/17/2015**<br>**$999.20; 07/01/2015**<br>**$5,230.37** | **$43,421.59** | **$4,350.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Parsons Farnell & Grein, LLP vs. HCG Software, LLC; Case No. 15CV12004** | **Collection Action** | **Circuit Court County of Multnomah, Oregon** | **Judgment entered 6/23/15; Garnishment Issued** |
| **Public Sector Solutions, Inc. v. HCG Software, LLC** | **Appeal of bankruptcy court's order for relief on involuntary Chapter 7 petition filed by HCG Software, LLC** | **United States District Court for the District of Maryland, at Baltimore; Case No. 1:14-CV-02368-JKB** | **Affirmed by 4th Circuit** |

B7 (Official Form 7) (04/13)                                                                                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re: Public Sector Solutions, Inc.; Case No. 14-15477** | **Chapter 7** | **United States Bankruptcy Court District of Maryland** | **Fourth Circuit affirmed decision of United States District Court for the District of Maryland's dismissal of appeal of Bankruptcy Court's order for relief on the involuntary petition filed by HCG Software, LLC** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Parsons Farnell & Grein, LLP c/o Paul C. Galm 12220 SW First Street Beaverton, OR 97005** | **7/10/15** | **U.S. Bank checking account; $15.00** |

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          5

---

#### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Computer Equipment; $1,340.00** | **Damage from upstairs water leak; covered by insurance** | **November 2014** |

---

#### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bryan Cave<br>One Atlantic Center<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309** | **4/9/15** | **$2,500.00** |
| **Bryan Cave<br>One Atlantic Center<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309** | **5/26/15** | **$3,000.00** |
| **Bryan Cave<br>One Atlantic Center<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309** | **6/5/15** | **$3,000.00** |

---

#### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **William C. Smith, Jr.<br>507 Avery Creek Pointe<br>Woodstock, GA 30188<br>    Member** | **6/15/15** | **Security interest in all of Debtor's property pursuant to the Security Agreement and Promissory Note entered into on or about June 15, 2015** |
| **William C. Smith, Jr.<br>507 Avery Creek Pointe<br>Woodstock, GA 30188<br>    Member** | **7/3/15** | **Security interest in all of Debtor's property pursuant to the Security Agreement and Promissory Note entered into on or about July 3, 2015** |

---

B7 (Official Form 7) (04/13)                                                                                        6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Energetiq Technology, Inc.**<br>**7 Constitution Way**<br>**Woburn, MA 01801**<br>**Customer** | **7/13/15** | **Source code** |
| **Professional Data Solutions, Inc.**<br>**3407 S. 31st Street**<br>**Temple, TX 76502**<br>**Customer** | **7/10/15** | **Source Code** |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          7

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2180 SW Jefferson St.**<br>**Portland, OR  97201** | **HCG Software, LLC** | **2003-9/27/2013** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                   8

---

**18 . Nature, location and name of business**

None

■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None

☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **MLD Accounting, LLC**<br>**PO Box 33887**<br>**Portland, OR 97292** | **2013-present** |

None

☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Thompson Kessler Weist & Borquist, PC** | **111 SW Columbia, Ste. 750**<br>**Portland, OR 97201** | **2013-2014** |

None

☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Lori Forbess** | **18399 SW Santoro Drive**<br>**Beaverton, OR 97007** |

B7 (Official Form 7) (04/13)                                                                                                              9

None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■ | issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

### 20. Inventories

None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■ | and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■ |

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■ |

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐ | controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **William C. Smith, Jr.** | **Director and Managing Member** | **41% interest in LLC** |
| **507 Avery Creek Pointe** | | |
| **Woodstock, GA 30188** | | |
| **Scott Stanton** | **Shareholder** | **42% interest in LLC** |
| **19188 SE Tillstrom** | | |
| **Boring, OR 97009** | | |

---

### 22. Former partners, officers, directors and shareholders

None | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■ | commencement of this case.

NAME                               ADDRESS                                      DATE OF WITHDRAWAL

None | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐ | immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| **John C. Herbers** | **Interim CEO, Director** | **June 30, 2015** |
| **7600 Landmark Way Suite 1615** | | |
| **Englewood, CO 80111** | | |
| **Scott Stanton** | **Officer/Member** | **January 29, 2015** |
| **19188 SE Tillstrom** | | |
| **Boring, OR 97009** | | |
| **Lori Forbess** | **Chief Operating Officer** | **7/3/15** |
| **18399 SW Santoro Drive** | | |
| **Beaverton, OR 97007** | | |

B7 (Official Form 7) (04/13)                                                                                                10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐        If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Scott Stanton**<br>**19188 SE Tillstrom Road**<br>**Boring, OR 97009**<br>    **Former Member** | **Various; See answer to question 3(c)** | **$48,446.29** |
| **John C. Herbers**<br>**7600 Landmark Way**<br>**Ste. 1615**<br>**Englewood, CO 80111**<br>    **Former Interim CEO/Director** | **Various; See answer to question 3(c)** | **$61,669.09** |
| **Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007**<br>    **Former Chief Operating Officer** | **Various; See answer to question 3(c)** | **$41,421.59** |

**24. Tax Consolidation Group.**

None
■        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■        If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                          11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **July 16, 2015**                              Signature    **/s/ William C. Smith, Jr.**

                                                                                 **William C. Smith, Jr.**
                                                                                 **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

.

In re    **HCG Software, LLC**                                      ,    Case No. _____
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|  |  | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **HCG Software, LLC**                                                    Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Checks**<br>**Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | 1,382.67 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Bank checking account**<br><br>**U.S. Bank checking Account** | -<br><br>- | 0.00<br><br>0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by landlord**<br>**Location: Little Building, LLC, 3380 Barrington Drive, West Linn, OR  97068** | - | 34,667.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **36,049.67**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **HCG Software, LLC**                                    ,  Case No. _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attachment B(16)** | - | 14,594.35 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment Against Public Sector Solutions, Inc.** | - | 1,031,652.50 |
| | | **Loan made to Andy Seitz** **Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | 8,400.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **1,054,646.85**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## ATTACHMENT B(16)

| Customer | Amount | Description | Status | Owed | Need Service to Collect |
|---|---|---|---|---|---|
| Algodon Group | $ 2,029.35 | Expense for Training | Invoiced | $ 2,029.35 | |
| Aquatic | $ 2,625.00 | Prorated Maintenance July - Sept | Invoiced | | $ 2,625.00 |
| Beatrice Community Hospital | $ - | | | | |
| Blick Art Materials | $ 7,225.00 | Half of Annual Maintenance - dispute service | Invoiced | | $ 7,225.00 |
| Carat | $ - | | | | |
| Citizens Medical Center | $ - | | | | |
| City of Brewton | $ - | | | | |
| Clearwater Valley and St. Mary's Hospital | $ - | | | | |
| Connecticut Community Care | $ - | | | | |
| Dehm Associates LLC | $ - | | | | |
| Energetiq | $ 28,000.00 | Paid half up front (may want refund), no work done, as work completed, 2 more payments of | Not Invoiced | | $ 28,000.00 |
| Flyers Energy | $ - | | | | |
| Georgia Student Finance Authority | $ - | | | | |
| Henry County Hospital | $ - | | | | |
| Hillsboro Area Hospital | $ - | | | | |
| Iberia Medical Center (IMC) | $ - | | | | |
| Komar Brands Inc | $ - | | | | |
| New Life Christian Church | $ 1,870.00 | New report and training completed | Invoiced | $ 1,870.00 | |
| New York Hospital Queens | $ 9,195.00 | Annual maintenance | invoiced | $ 9,195.00 | |
| Oklahoma Countertops & Flooring | $ - | | | | |
| OnCue Marketing- PDI | $ - | | | | |
| Oroville Hospital | $ - | | | | |
| Professional Datasolutions Inc (PDI) | $ - | | | | |
| Re-Bath LLC | $ - | | | | |
| Servicon | $ - | | | | |
| Synergy | $ 28,000.00 | No work started | | | $ 28,000.00 |
| Terrebonne General Medical Center | $ - | | | | |
| Thibodaux Regional Medical Center | $ - | | | | |
| Twining Inc | $ 15,600.00 | Work almost completed | | | $ 15,600.00 |
| University of Arkansas Medical Center | $ 1,500.00 | Work Complete | Invoiced | $ 1,500.00 | |
| Van Diest Medical Center | $ - | | | | |
| Walker County | $ - | | | | |
| | | | | | |
| Total | $ 96,044.35 | | | $ 14,594.35 | $ 81,450.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re   **HCG Software, LLC**                                    , Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Unauthorized payments to Scott D. Stanton** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Software and associated software code Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | **Unknown** |
| | | **URL:  previsionepm.com** | - | **50.00** |
| | | **URL:  hcgsoftware.com** | - | **50.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment (See Attachment B(28)/B(29)) Location: Storage Unit:  2001 NW Aloplek Drive, Unit 357, Hillsboro, OR  97124** | - | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computers and monitors (See Attachment B(28)/B(29)) Location: Storage Unit:  2001 NW Aloplek Drive, Unit 357, Hillsboro, OR  97124** | - | **1,500.00** |
| | | **Servers Location: Global Network Support, Inc., 10310 Sw Susquehanna Dr Tualatin, OR 97062** | - | **3,500.00** |
| 30. Inventory. | X | | | |

Sub-Total >   **6,100.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

# Inventory

**ATTACHMENT B(28)/B(29)**

### Rose City box marked "Justin"

| Description | Notes |
|---|---|
| 2x RAM DIMMs | Error-correcting server memory, likely old or dead |
| Linksys WiFi card | Old-style laptop expansion card |
| Linksys SD205 | 5-port 10/100 networking switch; old |
| D-LINK DSS-16+ | 16-port 10/100 unmanaged desktop/rackmount network switch |
| Misc. network cables | |

### Rose City box marked "Server'

| Description | Notes |
|---|---|
| SonicWall TZ 100 | Old network security appliance, likely a gateway or VPN |
| Misc. cables | |
| Misc. documentation | Random product inserts, nothing useful |

### Cabinets

| | |
|---|---|
| Misc. cables | |
| Desk lamp | Still in box |
| Briefcase | |
| Visual Studio 2003 Professional | Boxed copy |
| Burned CDs | Contents unknown |
| D-LINK DGS-2205 | 5-port 10/10/1000 network switch |
| EPSON color ink cartridge T027 | |
| Box for Lacie 2TB Ext. Hard Drive | Actual unit is in the closet with HCG-RUSH -- contents are pre-2013 desktop backups |
| Empty box for Samsung Galaxy S4 phone | |
| Barnes & Noble Nook e-reader | "H2O damaged" |
| (8) boxes of old files | |
| Few misc office supplies | a few notebooks, pens and folders |

### Equipment

| | |
|---|---|
| (10) Samsung phones | |
| Phone Switch | |

(17) Monitors
(1) Headset
Demo room laptop                    Demo room
CONSULT-MANAGER                     Conference Room Desktop
Projector
(5) Keyboards
DESKTOP03                          From Nathan's Office
QA-SPT-MANAGER (Tina)              Includes (2) monitors, mouse and keyboard
Training/Travel laptop (Tina)
CONSULTANT-1 (Shellie)            Includes (2) monitors
LAPTOP-MBRADLEY                    Has GSFC Connection (Molly's unstable laptop)
RUSH                              Contents unknown, can't log in
Server Surge Protector
Shredder
(2) Printers
Scanner/printer
Eric's workstation
DEVDIRECTOR                       Tracy's office - No idea what is on here
DEVELOPER02                       Tracy's office - Justin's main dev machine
Tracy's laptop                    Includes 2 monitors
EXEC01  (Lori)                    Includes 2 monitors, mouse and keyboard
DEVELOPER01                       Eric's office
SUPPORT01                         Front desk
Unknown laptop                    Lori's old office

## Furniture

Desk from Scott's old office

## Front Desk

| Description | Notes |
| --- | --- |
| Nortel SoundStation 2 | Audio conferencing unit |
| Toner cartridge Q2671A | |
| Desktop microphone | |
| 4x HP ink catridges #564 | |

Seagate FreeAgent Desk ext. hard drive Contents unknown, can't find power adapter
Seagate Barracuda 80GB hard drive        "HCG CEO PC HD; filesystem damaged + OS viral" ???
Plantronics headset
Misc. cables
Misc. junk documents

B6B (Official Form 6B) (12/07) - Cont.

In re  **HCG Software, LLC**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **1,096,796.52** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **HCG Software, LLC**                                                    , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.                                                     Parsons Farnell & Grein, LLP Davis Galm Law Firm/Paul Galm 12220 SW First Street Beaverton, OR 97005 | - | | | 6/25/13  Judgment Lien; Circuit Court of Multomah County, Oregon; Case No. 15CV12004  All of Debtor's Personal Property | | | X | | |
| | | | | Value $                            0.00 | | | | 248,227.91 | 0.00 |
| Account No.                                                     William C. Smith, Jr. 507 Avery Creek Pointe Woodstock, GA 30188 | - | | | 1/2/15; 4/1/15; 4/16/15; 5/1/15; 5/6/15; 6/1/15' 7/3/15  Various Security Agreements; Financing Statements  All of Debtor's Property | | | | | |
| | | | | Value $                            0.00 | | | | 245,920.16 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 494,148.07 | 0.00 |
| | Total (Report on Summary of Schedules) | 494,148.07 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **HCG Software, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **3**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **HCG Software, LLC**                                          , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Christina Smith <br> 435 NE Cook <br> Portland, OR 97212 | - | | 80 hours of paid time off | | | | 3,384.62 | 0.00 | 3,384.62 |
| Account No. <br><br> Eric Smith <br> 1447 NW 12th Ave, Unit 214 <br> Portland, OR 97209 | - | | 60 hours of paid time off | | | | 2,250.00 | 0.00 | 2,250.00 |
| Account No. <br><br> Lori Forbess <br> 18399 SW Santoro Drive <br> Beaverton, OR 97007 | - | | 104 hours of paid time off | | | | 4,350.00 | 0.00 | 4,350.00 |
| Account No. <br><br> Molly Bradley <br> 6420 NE 30th Ave <br> Portland, OR 97211 | - | | 204 hours of paid time off | | | | 9,317.31 | 0.00 | 9,317.31 |
| Account No. <br><br> Sheri Finucane <br> 19196 SE Tillstrom Rd <br> Damascus, OR 97089 | - | | 31 hours of paid time off | | | | 387.50 | 0.00 | 387.50 |

Sheet __1__ of __3__ continuation sheets attached to                    Subtotal                    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          19,689.43 | 19,689.43 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **HCG Software, LLC**                                          ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | June 2015 | | | | | | |
| **Tracy Blom** **5915 NE Mason St** **Portland, OR 97218** | - | | **Commissions** | | | | 1,375.00 | 0.00 | 1,375.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | 0.00 | |
|---|---|---|---|---|
| | | 1,375.00 | | 1,375.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **HCG Software, LLC**_____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | For Notice Purposes Only | | | | | |
| **Internal Revenue Service** **401 W. Peachtree St.** **Stop-334D** **Atlanta, GA 30308** | | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | July 2015 | | | | | |
| **State of Oregon** **PO Box 14999** **Salem, OR 97309-0990** | | - | | **Quarterly taxes** | | | | | 0.00 |
| | | | | | | | | 2,945.44 | 2,945.44 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,945.44 | 2,945.44 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 24,009.87 | 24,009.87 |

B6F (Official Form 6F) (12/07)

In re  **HCG Software, LLC**
_____,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | For notice purposes only | | | | |
| **Adelina Welch 1082 River Bay Road Annapolis, MD 21409** | | - | | | | | | | 0.00 |
| Account No. | | | | | For notice purposes only | | | | |
| **Alan L Cook 3401 NW Banff Dr. Portland, OR 97229** | | - | | | | | | | 0.00 |
| Account No. | | | | | For notice purposes only | | | | |
| **Alicia Ruckwardt 5135 SW Baird Street Portland, OR 97219** | | - | | | | | | | 0.00 |
| Account No. | | | | | July 2014 $4,673.91 in unpaid wages and additional damages which are disputed | | | X | |
| **Anthony C Seitz aka Andy Seitz 17155 SW Carlson Street Sherwood, OR 97140** | | - | | | | | | | 16,023.57 |
| __12__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 16,023.57 |

B6F (Official Form 6F) (12/07) - Cont.

In re **HCG Software, LLC** _____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For notice purposes only | | | | |
| April Finucane 19196 SE Tillstrom Rd Damascus, OR 97089 | - | | | | | | | 0.00 |
| Account No. *0441 | | | | 4/1/15 Phone service | | | | |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6493 | - | | | | | | | 100.95 |
| Account No. | | | | For notice purposes only | | | | |
| Barbara Smith 1210 Congressional Lane Wilmington, NC 28411 | - | | | | | | | 0.00 |
| Account No. | | | | 2015; Various dates Trade debt | | | | |
| Barrington Management, LLC 3380 Barrington Drive West West Linn, OR 97068 | - | | | | | | | 29,300.00 |
| Account No. | | | | For notice purposes only | | | | |
| Brandon Frost 5043 NW Millstone Way Portland, OR 97229 | - | | | | | | | 0.00 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 29,400.95 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **HCG Software, LLC**                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brett Pull**<br>**1147 SW Flordia**<br>**Portland, OR 97219** | - | | | For notice purposes only | | | | 0.00 |
| Account No. *4490<br><br>**Bryan Cave**<br>**One Atlantic Center**<br>**1201 W. Peachtree St., NW**<br>**Atlanta, GA 30309** | - | | | 6/3/15; 6/10/15; 6/19/15<br>Legal fees | | | | 4,500.00 |
| Account No.<br><br>**Christian O Brahe-Pedersen**<br>**602 Cabana Lane**<br>**Lake Oswego, OR 97034** | - | | | For notice purposes only | | | | 0.00 |
| Account No.<br><br>**Christina Pak-Hanratty**<br>**1123 Bluffhaven Way**<br>**Atlanta, GA 30319** | - | | | For notice purposes only | | | | 0.00 |
| Account No. *2731<br><br>**Cole Schotz Meisel Forman & Le**<br>**300 East Lombard St, Ste. 2000**<br>**Baltimore, MD 21202** | - | | | 2014-2015<br>Legal fees in connection with PSS bankruptcy case | | | | 34,374.49 |

Sheet no. __2___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,874.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **HCG Software, LLC**                                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. *0803 | | | | 6/19/15 Utility service (internet) | | | | |
| Comcast PO Box 34744 Seattle, WA 98124 | - | | | | | | | 119.85 |
| Account No. *7998 | | | | Utility Service | | | | |
| Comcast Business PO Box 37601 Philadelphia, PA 19101-0601 | - | | | | | | | 403.14 |
| Account No. | | | | Notes Payable | | | | |
| Dan Stanton 112 Ortega Court Erie, CO 80516 | - | | | | | | | 106,149.00 |
| Account No. | | | | For notice purposes only | | | | |
| Daniel Carroll 7365 SW Pineridge Ct Portland, OR 97225 | - | | | | | | | 0.00 |
| Account No. | | | | For notice purposes only | | | | |
| Daniel P. Stanton Trust Attn: Dan Stanton 112 Ortega Court Erie, CO 80516 | - | | | | | | | 0.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **106,671.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **HCG Software, LLC**                                                              ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **David Driskill 1400 SW 66th Ave Portland, OR 97225** | | - | | For notice purposes only | | | | **0.00** |
| Account No. **DHX Advertising 217 NE 8th Ave Portland, OR 97232** | | - | | 4/28/14 Marketing services | | | | **4,000.00** |
| Account No. **Don Jurgens 1620 Briers Chute Alpharetta, GA 30004** | | - | | For notice purposes only | | | | **0.00** |
| Account No. **Dwayne A Castrillon 10920 SW 83rd Ave Tigard, OR 97223** | | - | | For notice purposes only | | | | **0.00** |
| Account No. **Eric Smith. 1447 NW 12th Ave, Unit 214 Portland, OR 97209** | | - | | For notice purposes only | | | | **0.00** |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **HCG Software, LLC**                                          , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Erick Cloward** <br> **10420 SW 14th** <br> **Portland, OR 97219** | - | | | For notice purposes only | | | | 0.00 |
| Account No. <br><br> **Erik Blanchard** <br> **1400 NE Chehalem Dr** <br> **Newberg, OR 97132** | - | | | For notice purposes only | | | | 0.00 |
| Account No. <br><br> **Erwin Thomas** <br> **1530 Berkshire Hill Ct** <br> **Duluth, GA 30097** | - | | | For notice purposes only | | | | 0.00 |
| Account No. <br><br> **Global Network Support, Inc.** <br> **PO Box 3790** <br> **Tualatin, OR 97062** | - | | | 8/24/14-7/1/05 <br> Network support services | | | | 14,181.50 |
| Account No. <br><br> **Jack Horn** <br> **11023 NE Prescott Street** <br> **Portland, OR 97220** | - | | | For notice purposes only | | | | 0.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,181.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __HCG Software, LLC_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only | | | | |
| Jeffrey J Stupfel 909 SW Moss St Portland, OR 97219 | | - | | | | | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | |
| John C. Herbers 7600 Landmark Way Ste. 1615 Englewood, CO 80111 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| John R Falkey 2735 SE 29th Ave Apt. F Portland, OR 97202 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| John Scott 72 Independence Lane Jackson, TN 38305 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| Justin Collum 2013 NE 67th #202 Portland, OR 97213 | | - | | | | | 0.00 |

Sheet no. __6___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **HCG Software, LLC**                                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Karen L Peterson**<br>**740 SW Center Pullman**<br>**Pullman, WA 99163** | - | | **For notice purposes only** | | | | **0.00** |
| Account No.<br><br>**Kristina M. Smith**<br>**435 NE Cook**<br>**Portland, OR 97212** | - | | **6/26/15; 7/5/15**<br>**Unreimbursed expenses** | | | | **2,992.16** |
| Account No.<br><br>**Kyle A McLenithan**<br>**4291 Woodside Circle**<br>**Lake Oswego, OR 97035** | - | | **For notice purposes only** | | | | **0.00** |
| Account No.<br><br>**Locology LLC**<br>**SE Tacoma Street**<br>**Ste. 331**<br>**Portland, OR 97202** | - | | **12/3/14; 1/7/15; 2/5/15**<br>**Marketing support** | | | | **4,860.00** |
| Account No.<br><br>**Lori L Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007** | - | | **For notice purposes only** | | | | **0.00** |

Sheet no. __**7**___ of __**12**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **7,852.16**

B6F (Official Form 6F) (12/07) - Cont.

In re **HCG Software, LLC**                                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For notice purposes only | | | | |
| Margaret Wallace 295 Woodlake Court Alpharetta, GA 30005 | | - | | | | | | 0.00 |
| Account No. | | | | For notice purposes only | | | | |
| Marsha Smith 507 Avery Creek Pointe Woodstock, GA 30188 | | - | | | | | | 0.00 |
| Account No. | | | | For notice purposes only | | | | |
| Matthew Piatt 10550 SW Cougar Ln Beaverton, OR 97008 | | - | | | | | | 0.00 |
| Account No. | | | | For notice purposes only | | | | |
| Michael Bruchey 795 Champions Club Drive Alpharetta, GA 30004 | | - | | | | | | 0.00 |
| Account No. | | | | For notice purposes only | | | | |
| Michael J Kephart 3320 Canyon Oak Way Cumming, GA 30041 | | - | | | | | | 0.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **HCG Software, LLC**                                                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only | | | | |
| Molly Bradley 6420 NE 30th Ave Portland, OR 97211 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| Nathan Anderson 430 SW 13th Ave #708 Portland, OR 97205 | | - | | | | | 0.00 |
| Account No. | | | Notes Payable | | | | |
| Scott D. Stanton Trust 19188 SE Tillstrom Boring, OR 97009 | | - | | | | X | 236,552.00 |
| Account No. | | | Notes Payable | | | | |
| Scott Stanton 19188 SE Tillstrom Boring, OR 97009 | | - | | | | X | 597,747.00 |
| Account No. | | | 7/10/15 Unreimbursed expenses | | | | |
| Shellie Tetzlaff 11013 NE 64th Ave. Vancouver, WA 98686 | | - | | | | | 130.66 |

Sheet no. __9___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**834,429.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **HCG Software, LLC**                                          , Case No. _____
_____
                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only | | | | |
| Sheri Y Kennedy Finucane 19196 SE Tillstrom Rd Damascus, OR 97089 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| Simon Buchard 9461 NW Murlea Lane Portland, OR 97229 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| Simon P Buchard 10315 SW Washington Street Portland, OR 97225 | | - | | | | | 0.00 |
| Account No. | | | For notice purposes only | | | | |
| Steven Daniels 770 Gates Lane Alpharetta, GA 30022 | | - | | | | | 0.00 |
| Account No. | | | 12/18/14 Association dues | | | | |
| Technology Association of Oreg 123 NE Third Avenue Ste. 210 Portland, OR 97232 | | - | | | | | 250.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 250.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **HCG Software, LLC**                                              , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *1027<br><br>The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104 | - | | 7/2/15<br>Business Owners Policy | | | | 1,767.00 |
| Account No.<br><br>Thompson Kessler Wiest & Borqu<br>111 SW Columbia Ste. 750<br>Portland, OR 97201 | - | | 7/7/14<br>2013 tax return preparation | | | | 1,500.00 |
| Account No.<br><br>Tracy L Blom<br>5915 NE Mason St<br>Portland, OR 97218 | - | | For notice purposes only | | | | 0.00 |
| Account No. *1171<br><br>Travelers<br>Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | - | | Insurance | | | | 80.00 |
| Account No.<br><br>Travelers CL<br>Remittance Center<br>PO Box 660317<br>Dallas, TX 75266-0317 | - | | 6/5/15<br>Insurance | | | | 80.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,427.00

B6F (Official Form 6F) (12/07) - Cont.

In re **HCG Software, LLC**                                          , Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | 1/23/15 VOIP Services | | | | |
| VOIP Portland PO Box 69599 Portland, OR 97239 | | - | | | | | | 180.00 |
| Account No. | | | | For notice purposes only | | | | |
| Wade Wilson 23632 SW Stonehaven Street Sherwood, OR 97140 | | - | | | | | | 0.00 |
| Account No. | | | | 2014-2015 Unreimbursed business expenses | | | | |
| William C. Smith, Jr. 507 Avery Creek Pointe Woodstock, GA 30188 | | - | | | | | | 22,398.39 |
| Account No. | | | | Notes Payable | | | | |
| William C. Smith, Jr. 507 Avery Creek Pointe Woodstock, GA 30188 | | - | | | | | | 2,217,675.00 |
| Account No. | | | | 3/5/15 Marketing services | | | | |
| Xuma 456 S. Broadway Denver, CO 80209 | | - | | | | | | 2,700.00 |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
| --- | --- |
| Subtotal (Total of this page) | 2,242,953.39 |
| Total (Report on Summary of Schedules) | 3,298,064.71 |

B6G (Official Form 6G) (12/07)

.

In re   **HCG Software, LLC**                                                              ,   Case No. _____
                                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Adventist Health**<br>**2100 Douglas Boulevard**<br>**Roseville, CA 95661** | **Software License Agreements** |
| **Algodon Wines & Luxury**<br>**Development Group**<br>**135 5th Ave. 10th Floor**<br>**New York, NY 10010** | **Software License Agreements** |
| **Aquatic**<br>**8101 E Kaiser Blvd**<br>**Anaheim, CA 92808** | **Software License Agreements** |
| **Beatrice Community Hospital**<br>**4800 Hospital Parkway**<br>**Beatrice, NE 68310** | **Software License Agreements** |
| **Blick Art Materials**<br>**1849 Green Bay Road Suite 310**<br>**Highland Park, IL 60035** | **Software License Agreements** |
| **Brock Beauty Inc.**<br>**840 Oak Harbor Blvd.**<br>**Slidell, LA 70458** | **Software License Agreements** |
| **Carat USA**<br>**150 East 42nd Street**<br>**New York, NY 10017** | **Software License Agreements** |
| **Central Washington Hospital**<br>**PO Box 1887 1300 Fuller Street**<br>**Wenatchee, WA 98807** | **Software License Agreements** |
| **Citizens Medical Center**<br>**2701 Hospital Drive**<br>**Victoria, TX 77901** | **Software License Agreements** |
| **City of Brewton**<br>**P. O. Box 368**<br>**Brewton, AL 36427-0368** | **Software License Agreements** |
| **Clearwater Valley and**<br>**St. Mary's Hospital**<br>**301 Cedar**<br>**Orofino, ID 83544** | **Software License Agreements** |

**4**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **HCG Software, LLC**                                                              ,    Case No. _____
                                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Columbia St. Mary's Hospital**<br>**2323 N. Lake Drive**<br>**Milwaukee, WI 53211** | **Software License Agreements** |
| **Connecticut Community Care**<br>**43 Enterprise Drive**<br>**Bristol, CT 06010** | **Software License Agreements** |
| **Dameron Hospital**<br>**525 Acacia Street**<br>**Stockton, CA 95203** | **Software License Agreements** |
| **Dehm and Assoc.**<br>**PO Box 103**<br>**Geneseo, NY 14454** | **Software License Agreements** |
| **Douglas County Hospital**<br>**111 17th Avenue East**<br>**Alexandria, MN 56308** | **Software License Agreements** |
| **Energetiq Technology, Inc.**<br>**7 Constitution Way**<br>**Woburn, MA 01801-1024** | **Software License Agreements** |
| **Flyers Energy, LLC**<br>**2360 Lindbergh Street**<br>**Auburn, CA 95602** | **Software License Agreements** |
| **Georgia Student Finance Auth**<br>**2082 E. Exchange Place**<br>**2082 E. Exchange Place**<br>**Tucker, GA 30084-5334** | **Software License Agreements** |
| **Global Network Support, Inc.**<br>**PO Box 3790**<br>**Tualatin, OR 97062** | **Houses network servers** |
| **Henry County Hospital**<br>**1600 East Riverview**<br>**Napoleon, OH 43545** | **Software license agreements** |
| **Hillsboro Area Hospital**<br>**1200 East Tremont Street**<br>**Hillsboro, IL 62049** | **Software license agreements** |
| **Home Brands Group LLC**<br>**421 West Alameda Drive**<br>**Tempe, AZ 85282** | **Software license agreements** |
| **Iberia Medical Center**<br>**PO BOX 1338**<br>**New Iberia, LA 70562** | **Software license agreements** |

Sheet    **1**    of    **4**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **HCG Software, LLC**                                                    Case No. _____
                                    ,
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Komar Brands Inc.**<br>**16 East 34th Street 10th Floor**<br>**New York, NY 10016** | **Software license agreements** |
| **Little Building, LLC**<br>**3380 Barrington Drive**<br>**West Linn, OR 97068** | **5 year commercial lease with deposit** |
| **Microsoft Azure**<br>**One Microsoft Way**<br>**Hillsboro, OR 97124** | **Client Database Hosting** |
| **New Life Christian Church**<br>**14550 Lee Road**<br>**Chantilly, VA 20151** | **Software license agreements** |
| **New York Hospital Queens**<br>**56-45 Main Street**<br>**New York, NY 11355** | **Software license agreements** |
| **Oconee Medical Center**<br>**298 Memorial Drive**<br>**Seneca, SC 29672** | **Software license agreements** |
| **Oklahoma Countertops**<br>**& Flooring**<br>**602 South Main**<br>**NewCastle, OK 73065** | **Software license agreements** |
| **OnCue**<br>**916 N. Main**<br>**Stillwater, OK 74075** | **Software License Agreements** |
| **Oroville Hospital**<br>**2767 Olive Highway**<br>**Oroville, CA 95966-6185** | **Software License Agreements** |
| **Premier Storage**<br>**2001 NW Aloplek Drive**<br>**Unit 357**<br>**Hillsboro, OR 97124** | **Storage Unit Rental** |
| **Professional Datasolutions Inc**<br>**3407 S. 31st Street**<br>**Temple, TX 76502** | **Software License Agreements** |
| **Public-Sector Solutions**<br>**900 South Washington Street**<br>**Falls Church, VA 22046** | **Software License Agreements** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **HCG Software, LLC**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Public-Sector Solutions**<br>**California DMH**<br>**900 South Washington Street**<br>**Falls Church, VA 22046** | **Software License Agreements** |
| **Renasant Bank**<br>**209 Troy Street**<br>**Tupelo, MS 38802** | **Software License Agreements** |
| **Salem Hospital**<br>**665 Winter Street SE**<br>**Salem, OR 97309** | **Software License Agreements** |
| **Servicon Systems, Inc.**<br>**3965 Landmark Street**<br>**Culver City, CA 90230** | **Software License Agreements** |
| **St. Benedicts**<br>**790 North Lincoln**<br>**Jerome, ID 83338** | **Software License Agreements** |
| **Synergy Health Centers**<br>**2363 Lakewood Rd.**<br>**Toms River, NJ 08755** | **Software License Agreements** |
| **Terrebonne General**<br>**Medical Center**<br>**8166 Main Street**<br>**Houma, LA 70360** | **Software License Agreements** |
| **The Hartford**<br>**P.O. Box 2907**<br>**Hartford, CT 06104** | **Insurance Agreements** |
| **The Travelers**<br>**Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266-0137** | **Insurance Agreements** |
| **Thibodaux Regional**<br>**Medical Center**<br>**602 Acadia Road**<br>**Thibodaux, LA 70301** | **Software License Agreements** |
| **Tri-City Medical Center**<br>**4002 Vista Way**<br>**Oceanside, CA 92056-4506** | **Software License Agreements** |
| **Twinings, Inc.**<br>**2883 East Spring Street**<br>**Ste. 300**<br>**Long Beach, CA 90806** | **Software License Agreements** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **HCG Software, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **UAMS**<br>**4301 W. Markam Street Slot 645**<br>**Little Rock, AR 72205** | **Software License Agreements** |
| **UAMS-old**<br>**Slot 633 4301 West Markham**<br>**Little Rock, AR 72205** | **Software License Agreements** |
| **Van Diest Medical Center**<br>**2350 Hospital Drive**<br>**Webster City, IA 50595** | **Software License Agreements** |
| **Walker County**<br>**P.O. Box 1260**<br>**Huntsville, TX 77342-1260** | **Software License Agreements** |

Sheet ___**4**___ of ___**4**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **HCG Software, LLC**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** _____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 16, 2015**

Signature    **/s/ William C. Smith, Jr.**

**William C. Smith, Jr.**

**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re **HCG Software, LLC** _____ ,

Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,096,796.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 494,148.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 24,009.87 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 3,298,064.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,096,796.52 | | |
| Total Liabilities | | | | 3,816,222.65 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC** _____,    Case No. _____

Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC** _____

                                                 Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 16, 2015** _____

**/s/ William C. Smith, Jr.** _____

**William C. Smith, Jr./Managing Member**
Signer/Title

Adelina Welch
1082 River Bay Road
Annapolis, MD 21409


Adventist Health
2100 Douglas Boulevard
Roseville, CA 95661


Alan L Cook
3401 NW Banff Dr.
Portland, OR 97229


Algodon Wines & Luxury
Development Group
135 5th Ave. 10th Floor
New York, NY 10010


Alicia Ruckwardt
5135 SW Baird Street
Portland, OR 97219


Anthony C Seitz aka Andy Seitz
17155 SW Carlson Street
Sherwood, OR 97140


April Finucane
19196 SE Tillstrom Rd
Damascus, OR 97089


Aquatic
8101 E Kaiser Blvd
Anaheim, CA 92808


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6493

Barbara Smith
1210 Congressional Lane
Wilmington, NC 28411


Barrington Management, LLC
3380 Barrington Drive West
West Linn, OR 97068


Beatrice Community Hospital
4800 Hospital Parkway
Beatrice, NE 68310


Blick Art Materials
1849 Green Bay Road Suite 310
Highland Park, IL 60035


Brandon Frost
5043 NW Millstone Way
Portland, OR 97229


Brett Pull
1147 SW Flordia
Portland, OR 97219


Brock Beauty Inc.
840 Oak Harbor Blvd.
Slidell, LA 70458


Bryan Cave
One Atlantic Center
1201 W. Peachtree St., NW
Atlanta, GA 30309


Carat USA
150 East 42nd Street
New York, NY 10017

Central Washington Hospital
PO Box 1887 1300 Fuller Street
Wenatchee, WA 98807


Christian O Brahe-Pedersen
602 Cabana Lane
Lake Oswego, OR 97034


Christina Pak-Hanratty
1123 Bluffhaven Way
Atlanta, GA 30319


Christina Smith
435 NE Cook
Portland, OR 97212


ChristineTracey
Northwest Law Firm
1001 SW 5th Ave, Ste.1220
Portland, OR 97204


Citizens Medical Center
2701 Hospital Drive
Victoria, TX 77901


City of Brewton
P. O. Box 368
Brewton, AL 36427-0368


Clearwater Valley and
St. Mary's Hospital
301 Cedar
Orofino, ID 83544


Cole Schotz Meisel Forman & Le
300 East Lombard St, Ste. 2000
Baltimore, MD 21202

Columbia St. Mary's Hospital
2323 N. Lake Drive
Milwaukee, WI 53211


Comcast
PO Box 34744
Seattle, WA 98124


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Connecticut Community Care
43 Enterprise Drive
Bristol, CT 06010


Dameron Hospital
525 Acacia Street
Stockton, CA 95203


Dan Stanton
112 Ortega Court
Erie, CO 80516


Daniel Carroll
7365 SW Pineridge Ct
Portland, OR 97225


Daniel P. Stanton Trust
Attn: Dan Stanton
112 Ortega Court
Erie, CO 80516


David A. Foraker
Greene & Markley PC
1515 SW Fifth Ave Ste. 600
Portland, OR 97201

David Driskill
1400 SW 66th Ave
Portland, OR 97225


Dehm and Assoc.
PO Box 103
Geneseo, NY 14454


DHX Advertising
217 NE 8th Ave
Portland, OR 97232


Don Jurgens
1620 Briers Chute
Alpharetta, GA 30004


Douglas County Hospital
111 17th Avenue East
Alexandria, MN 56308


Dwayne A Castrillon
10920 SW 83rd Ave
Tigard, OR 97223


Energetiq Technology, Inc.
7 Constitution Way
Woburn, MA 01801-1024


Eric Smith
1447 NW 12th Ave, Unit 214
Portland, OR 97209


Eric Smith.
1447 NW 12th Ave, Unit 214
Portland, OR 97209

Erick Cloward
10420 SW 14th
Portland, OR 97219


Erik Blanchard
1400 NE Chehalem Dr
Newberg, OR 97132


Erwin Thomas
1530 Berkshire Hill Ct
Duluth, GA 30097


Flyers Energy, LLC
2360 Lindbergh Street
Auburn, CA 95602


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321


Georgia Student Finance Auth
2082 E. Exchange Place
2082 E. Exchange Place
Tucker, GA 30084-5334


Global Network Support, Inc.
PO Box 3790
Tualatin, OR 97062


Henry County Hospital
1600 East Riverview
Napoleon, OH 43545


Hillsboro Area Hospital
1200 East Tremont Street
Hillsboro, IL 62049

Home Brands Group LLC
421 West Alameda Drive
Tempe, AZ 85282


Iberia Medical Center
PO BOX 1338
New Iberia, LA 70562


Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jack Horn
11023 NE Prescott Street
Portland, OR 97220


Jeffrey J Stupfel
909 SW Moss St
Portland, OR 97219


John C. Herbers
7600 Landmark Way
Ste. 1615
Englewood, CO 80111


John R Falkey
2735 SE 29th Ave Apt. F
Portland, OR 97202


John Scott
72 Independence Lane
Jackson, TN 38305

Justin Collum
2013 NE 67th #202
Portland, OR 97213


Karen L Peterson
740 SW Center Pullman
Pullman, WA 99163


Komar Brands Inc.
16 East 34th Street 10th Floor
New York, NY 10016


Kristina M. Smith
435 NE Cook
Portland, OR 97212


Kyle A McLenithan
4291 Woodside Circle
Lake Oswego, OR 97035


Little Building, LLC
3380 Barrington Drive
West Linn, OR 97068


Locology LLC
SE Tacoma Street
Ste. 331
Portland, OR 97202


Lori Forbess
18399 SW Santoro Drive
Beaverton, OR 97007


Lori L Forbess
18399 SW Santoro Drive
Beaverton, OR 97007

Margaret Wallace
295 Woodlake Court
Alpharetta, GA 30005


Marsha Smith
507 Avery Creek Pointe
Woodstock, GA 30188


Matthew Piatt
10550 SW Cougar Ln
Beaverton, OR 97008


Michael Bruchey
795 Champions Club Drive
Alpharetta, GA 30004


Michael J Kephart
3320 Canyon Oak Way
Cumming, GA 30041


Microsoft Azure
One Microsoft Way
Hillsboro, OR 97124


Molly Bradley
6420 NE 30th Ave
Portland, OR 97211


Nathan Anderson
430 SW 13th Ave #708
Portland, OR 97205


New Life Christian Church
14550 Lee Road
Chantilly, VA 20151

New York Hospital Queens
56-45 Main Street
New York, NY 11355


Oconee Medical Center
298 Memorial Drive
Seneca, SC 29672


Office of the U.S. Trustee
75 Spring Street, SW
362 Richard B. Russell Bldg
Atlanta, GA 30303


Oklahoma Countertops
& Flooring
602 South Main
NewCastle, OK 73065


OnCue
916 N. Main
Stillwater, OK 74075


Oregon Department of Revenue
955 Center St NE
Salem, OR 97301


Oroville Hospital
2767 Olive Highway
Oroville, CA 95966-6185


Parsons Farnell & Grein, LLP
Davis Galm Law Firm/Paul Galm
12220 SW First Street
Beaverton, OR 97005


Premier Storage
2001 NW Aloplek Drive
Unit 357
Hillsboro, OR 97124

Professional Datasolutions Inc
3407 S. 31st Street
Temple, TX 76502


Public-Sector Solutions
900 South Washington Street
Falls Church, VA 22046


Public-Sector Solutions
California DMH
900 South Washington Street
Falls Church, VA 22046


Renasant Bank
209 Troy Street
Tupelo, MS 38802


Salem Hospital
665 Winter Street SE
Salem, OR 97309


Scott D. Stanton Trust
19188 SE Tillstrom
Boring, OR 97009


Scott Stanton
19188 SE Tillstrom
Boring, OR 97009


Servicon Systems, Inc.
3965 Landmark Street
Culver City, CA 90230


Shellie Tetzlaff
11013 NE 64th Ave.
Vancouver, WA 98686

Sheri Finucane
19196 SE Tillstrom Rd
Damascus, OR 97089


Sheri Y Kennedy Finucane
19196 SE Tillstrom Rd
Damascus, OR 97089


Simon Buchard
9461 NW Murlea Lane
Portland, OR 97229


Simon P Buchard
10315 SW Washington Street
Portland, OR 97225


St. Benedicts
790 North Lincoln
Jerome, ID 83338


State of Oregon
PO Box 14999
Salem, OR 97309-0990


Steven Daniels
770 Gates Lane
Alpharetta, GA 30022


Synergy Health Centers
2363 Lakewood Rd.
Toms River, NJ 08755


Technology Association of Oreg
123 NE Third Avenue Ste. 210
Portland, OR 97232

Terrebonne General
Medical Center
8166 Main Street
Houma, LA 70360


The Hartford
P.O. Box 2907
Hartford, CT 06104


The Travelers
Remittance Center
PO Box 660317
Dallas, TX 75266-0137


Thibodaux Regional
Medical Center
602 Acadia Road
Thibodaux, LA 70301


Thompson Kessler Wiest & Borqu
111 SW Columbia Ste. 750
Portland, OR 97201


Tracy Blom
5915 NE Mason St
Portland, OR 97218


Tracy L Blom
5915 NE Mason St
Portland, OR 97218


Travelers
Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Travelers CL
Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Tri-City Medical Center
4002 Vista Way
Oceanside, CA 92056-4506


Twinings, Inc.
2883 East Spring Street
Ste. 300
Long Beach, CA 90806


UAMS
4301 W. Markam Street Slot 645
Little Rock, AR 72205


UAMS-old
Slot 633 4301 West Markham
Little Rock, AR 72205


Van Diest Medical Center
2350 Hospital Drive
Webster City, IA 50595


VOIP Portland
PO Box 69599
Portland, OR 97239


Wade Wilson
23632 SW Stonehaven Street
Sherwood, OR 97140


Walker County
P.O. Box 1260
Huntsville, TX 77342-1260

```
William C. Smith, Jr.
507 Avery Creek Pointe
Woodstock, GA 30188



Xuma
456 S. Broadway
Denver, CO 80209
```

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   <u>**HCG Software, LLC**</u>                                      Case No.
                                                Debtor(s)                Chapter   <u>**7**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**HCG Software, LLC**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

<u>**July 16, 2015**</u>                                      /s/ Robert B. Campos
Date                                              **Robert B. Campos**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **HCG Software, LLC**
                                                  **Law Office of Robert B. Campos**
                                                  **2774 N. Cobb Parkway, Ste. 109 #317**
                                                  **Kennesaw, GA  30144**
                                                  **404-388-3122**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:             :      CHAPTER 7

                      :

HCG SOFTWARE, LLC,      :      CASE NO.

                      :

    Debtor.               :

## DISCLOSURE STATEMENT OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

> a.     For legal services, I have agreed to accept $1,500 to represent the debtor in the bankruptcy case for filing the case, appearing at the 341 Creditors meeting and up to 3 hours of additional time in responding to inquiries from parties in interest with additional services to be paid at an hourly rate of $200, not to exceed an aggregate amount of $1,500;

> b.     Prior to the filing of this statement I have received a non-refundable retainer of $1,500, plus the filing fee of $335; and

> c.     The balance due is $0.00.

2.     The source of compensation paid to my firm is William "Wick" Smith a/k/a William C. Smith, Jr.

3.     The fees have not been shared and will not be shared with any other person, other than members and associates of my law firm.

This 16th day of July, 2015.

LAW OFFICE OF
ROBERT B. CAMPOS

Counsel for Debtor

By: _____
    Georgia Bar No. 107357
    rcampos@camposlawoffice.net
2774 N. Cobb Pkwy.
Suite 109 #317
Kennesaw, Georgia 30144
(404) 388-3122