IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HCG SOFTWARE, LLC, | : | CASE NO. 15-63347-CRM |
| | : | |
| Debtor. | : | |

**AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS, SCHEDULE B – PERSONAL PROPERTY, SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, AND SUMMARY OF SCHEDULES**

COMES NOW HCG Software, LLC, Debtor in the above-styled Chapter 7 proceeding, and hereby amends its Statement of Financial Affairs and Schedules filed July 16, 2015 (Doc. No. 1) as follows:

1.    Debtor hereby substitutes its Statement of Financial Affairs – Amended attached hereto as Exhibit "A" in order to amend the following:

   a.  1. Income from employment or operation of business for the 2014 tax year;

   b.  4.b. Description of garnished property; and

   c.  14. Description of client databases hosted on Microsoft Azure platform.

2.    Debtor hereby substitutes its Schedule B – Personal Property – Amended attached hereto as Exhibit "B" in order to in order to amend the following:

   a.  2. Description of checking accounts amended to reflect additional amount which may remain in U.S. Bank account; and

   b.  16. Description and amount of accounts receivable amended to reflect an additional receivable owed by Professional Datasolutions, Inc. and to revise descriptions of accounts for Energetiq,  (see attachment B(16)).

3.      Debtor hereby substitutes his Schedule E – Creditors Holding Unsecured Priority

Claims – Amended attached hereto as Exhibit "C" in order to revise quarterly payroll

tax claims of the State of Oregon.

4.      Debtor hereby substitutes its Summary of Schedules - Amended attached hereto as

Exhibit "D" for those filed on July 16, 2015 (Doc. No. 1).

5.      A Verification by Debtor with respect to this amendment is attached hereto as Exhibit

"E".

This 26th day of August 2015.

                                    LAW OFFICE OF
                                    ROBERT B. CAMPOS

                                    Counsel for Debtor

                                    By:  ___/s/Robert B. Campos___
                                          Georgia Bar No. 107357
                                          rcampos@camposlawoffice.net
                                    2774 N. Cobb Pkwy.
                                    Suite 109 #317
                                    Kennesaw, Georgia 30144
                                    (404) 388-3122

2

**EXHIBIT "A" FOLLOWS**

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC**                                    Case No.    **15-63347**

                              Debtor(s)                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None    ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$315,425.93** | **2015 - See Attachment 1** |
| **$695,375.00** | **2014 - See Attachment 1** |
| **$1,268,682.00** | **2013 - Sales** |

---

### 2. Income other than from employment or operation of business

None    ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                      2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3(b)** | | **$80,992.49** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Scott Stanton**<br>**19188 SE Tillstron Road**<br>**Boring, OR 97009**<br>  **Former Managing Director/Member of Board of Managers** | **7/16/14 $174.61; 12/1/14 $245.31; 12/19/14 $551.16; 07/02/2014 $10,000; 07/10/2014 $5,000.00; 07/15/2014 $2,000.00; 08/01/2014 $1,962.16; 08/11/2014 $1,352.50; 08/27/2014 $1,922.03; 09/03/2014 $258.40; 09/30/2014 $3,000.00; 10/02/2014 $1,060.01; 10/08/2014 $600.00; 11/04/2014 $226.74; 11/17/2014 $1,500.00; 12/15/2014 $1,123.25; 12/16/2014 $158.00; 12/31/2014 $150.20; 01/05/2015 $8,000.00; 01/28/2015 $10,000.00; 1/29/2015 $133.00** | **$48,446.29** | **$597,747.00** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John C. Herbers**<br>**7600 Landmark Way**<br>**Ste. 1615**<br>**Englewood, CO 80111**<br>    **Former Interim CEO/Director** | **11/21/14 $886.82; 11/25/14 $6,000.00; 12/12/14 $2,309.12; 12/18/14 $6,000.00; 1/9/15 $1,244.09; 1/15/15 $6,000.00; 2/6/15 $1,638.00; 2/6/15 $6,000.00; 2/27/15 $1,981.66; 3/13/15 $1,942.40; 3/13/15 $6,000.00; 4/16/15 $6,000.00; 5/11/15 $972.96; 5/15/15 $6,000.00; 6/2/15 $1,694.04; 6/25/15 $7,000.00** | **$61,669.09** | **$0.00** |
| **Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007**<br>    **Former Chief Operating Officer** | **03/13/2015 $1,712.95; 05/06/2015 $891.20; 06/02/2015 $2,048.32; 01/02/2015 $5,227.60; 02/02/2015 $5,227.61; 02/04/2015 $763.74; 03/02/2015 $5,227.60; 04/01/2015 $5,227.60; 04/16/2015 $407.43; 05/01/2015 $5,230.37; 6/01/2015; 06/17/2015 $999.20; 07/01/2015 $5,230.37** | **$43,421.59** | **$4,350.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Parsons Farnell & Grein, LLP vs. HCG Software, LLC; Case No. 15CV12004** | **Collection Action** | **Circuit Court County of Multnomah, Oregon** | **Judgment entered 6/23/15; Garnishment Issued** |
| **Public Sector Solutions, Inc. v. HCG Software, LLC** | **Appeal of bankruptcy court's order for relief on involuntary Chapter 7 petition filed by HCG Software, LLC** | **United States District Court for the District of Maryland, at Baltimore; Case No. 1:14-CV-02368-JKB** | **Affirmed by 4th Circuit** |

B7 (Official Form 7) (04/13)                                                                                                    4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re: Public Sector Solutions, Inc.; Case No. 14-15477** | **Chapter 7** | **United States Bankruptcy Court District of Maryland** | **Fourth Circuit affirmed decision of United States District Court for the District of Maryland's dismissal of appeal of Bankruptcy Court's order for relief on the involuntary petition filed by HCG Software, LLC** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Parsons Farnell & Grein, LLP c/o Paul C. Galm 12220 SW First Street Beaverton, OR 97005** | **7/10/15** | **U.S. Bank checking account; $2,859.40** |

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          5

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Computer Equipment; $1,340.00** | **Damage from upstairs water leak; covered by insurance** | **November 2014** |

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bryan Cave**<br>**One Atlantic Center**<br>**1201 W. Peachtree St., NW**<br>**Atlanta, GA 30309** | **4/9/15** | **$2,500.00** |
| **Bryan Cave**<br>**One Atlantic Center**<br>**1201 W. Peachtree St., NW**<br>**Atlanta, GA 30309** | **5/26/15** | **$3,000.00** |
| **Bryan Cave**<br>**One Atlantic Center**<br>**1201 W. Peachtree St., NW**<br>**Atlanta, GA 30309** | **6/5/15** | **$3,000.00** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **William C. Smith, Jr.**<br>**507 Avery Creek Pointe**<br>**Woodstock, GA 30188**<br>**   Member** | **6/15/15** | **Security interest in all of Debtor's property pursuant to the Security Agreement and Promissory Note entered into on or about June 15, 2015** |
| **William C. Smith, Jr.**<br>**507 Avery Creek Pointe**<br>**Woodstock, GA 30188**<br>**   Member** | **7/3/15** | **Security interest in all of Debtor's property pursuant to the Security Agreement and Promissory Note entered into on or about July 3, 2015** |

---

B7 (Official Form 7) (04/13)                                                                                                          6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Energetiq Technology, Inc.**<br>**7 Constitution Way**<br>**Woburn, MA 01801**<br>     **Customer** | **7/13/15** | **Source code** |
| **Professional Data Solutions, Inc.**<br>**3407 S. 31st Street**<br>**Temple, TX 76502**<br>     **Customer** | **7/10/15** | **Source Code** |

None
■      b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
       trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
       otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
       financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
       cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
       immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☐      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Algodon Partners**<br>**135 Fifth Avenue 10th Floor**<br>**New York, NY 10010** | **The Debtor controls the following client databases hosted on the Microsoft Azure platform.  The database hosted on the on Microsoft Azure platform is owned by the client and has no value to Debtor.** | **Located in the cloud and accessible via the Microsoft Azure platform** |

B7 (Official Form 7) (04/13)                                                                                                                    7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Twining Inc.**<br>**2883 E Spring Street**<br>**Long Beach, CA 90806** | **The Debtor controls the following client databases hosted on the Microsoft Azure platform.  The database hosted on the on Microsoft Azure platform is owned by the client and has no value to Debtor.** | **Located in the cloud and accessible via the Microsoft Azure platform** |
| **Servicon Systems, Inc.**<br>**3965 Landmark Street**<br>**Culver City, CA 90232** | **The Debtor controls the following client databases hosted on the Microsoft Azure platform.  The database hosted on the on Microsoft Azure platform is owned by the client and has no value to Debtor.** | **Located in the cloud and accessible via the Microsoft Azure platform** |
| **New Life Christian Church**<br>**14550 Lee Road**<br>**Chantilly, VA 20151** | **The Debtor controls the following client databases hosted on the Microsoft Azure platform.  The database hosted on the on Microsoft Azure platform is owned by the client and has no value to Debtor.** | **Located in the cloud and accessible via the Microsoft Azure platform** |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2180 SW Jefferson St.**<br>**Portland, OR  97201** | **HCG Software, LLC** | **2003-9/27/2013** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/13)                                                                                                         8

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

**None**
■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

**None**
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

**None**
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **MLD Accounting, LLC** PO Box 33887 Portland, OR 97292 | **2013-present** |

**None**
☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    9

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| **Thompson Kessler Weist & Borquist, PC** | **111 SW Columbia, Ste. 750 Portland, OR 97201** | **2013-2014** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Lori Forbess** | **18399 SW Santoro Drive Beaverton, OR 97007** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **William C. Smith, Jr. 507 Avery Creek Pointe Woodstock, GA 30188** | **Director and Managing Member** | **41% interest in LLC** |
| **Scott Stanton 19188 SE Tillstrom Boring, OR 97009** | **Shareholder** | **42% interest in LLC** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

B7 (Official Form 7) (04/13)                                                                                           10

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **John C. Herbers**<br>**7600 Landmark Way Suite 1615**<br>**Englewood, CO 80111** | **Interim CEO, Director** | **June 30, 2015** |
| **Scott Stanton**<br>**19188 SE Tillstrom**<br>**Boring, OR 97009** | **Officer/Member** | **January 29, 2015** |
| **Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007** | **Chief Operating Officer** | **7/3/15** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Scott Stanton**<br>**19188 SE Tillstrom Road**<br>**Boring, OR 97009**<br>   **Former Member** | **Various; See answer to question 3(c)** | **$48,446.29** |
| **John C. Herbers**<br>**7600 Landmark Way**<br>**Ste. 1615**<br>**Englewood, CO 80111**<br>   **Former Interim CEO/Director** | **Various; See answer to question 3(c)** | **$61,669.09** |
| **Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007**<br>   **Former Chief Operating Officer** | **Various; See answer to question 3(c)** | **$41,421.59** |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date  **August 25, 2015**                          Signature  **/s/ William C. Smith, Jr.**
                                                              **William C. Smith, Jr.**
                                                              **Managing Member**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**EXHIBIT "B" FOLLOWS**

B6B (Official Form 6B) (12/07)

.

In re  **HCG Software, LLC**                                                                    Case No.   **15-63347**
                                                                    ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Checks**<br>**Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | 1,382.67 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Bank checking account**<br><br>**U.S. Bank checking Account** | -<br><br>- | 0.00<br><br>346.60 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by landlord**<br>**Location: Little Building, LLC, 3380 Barrington Drive, West Linn, OR  97068** | - | 34,667.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **36,396.27**
(Total of this page)

_3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **HCG Software, LLC**                                          Case No.    **15-63347**
_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attachment B(16)** | - | 15,639.12 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment Against Public Sector Solutions, Inc.** | - | 1,031,652.50 |
| | | **Loan made to Andy Seitz** **Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | 8,400.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         **1,055,691.62**
(Total of this page)

Sheet    **1**    of    **3**    continuation sheets attached
to the Schedule of Personal Property

## ATTACHMENT B(16)

| Customer | Amount | Description | Status | Owed | Need Service to Collect |
|---|---|---|---|---|---|
| Algodon Group | $ 2,029.35 | Expense for Training | Invoiced | $ 2,029.35 | |
| Aquatic | $ 2,625.00 | Prorated Maintenance July - Sept | Invoiced | | $ 2,625.00 |
| Beatrice Community Hospital | $ - | | | | |
| Blick Art Materials | $ 7,225.00 | Half of Annual Maintenance - dispute service | Invoiced | | $ 7,225.00 |
| Carat | $ - | | | | |
| Citizens Medical Center | $ - | | | | |
| City of Brewton | $ - | | | | |
| Clearwater Valley and St. Mary's Hospital | $ - | | | | |
| Connecticut Community Care | $ - | | | | |
| Dehm Associates LLC | $ - | | | | |
| Energetiq | $ 28,000.00 | Paid $12,000 up front (may want refund), no work done, as work completed, 2 more payments of $14k due | Not Invoiced | | $ 28,000.00 |
| Flyers Energy | $ - | | | | |
| Georgia Student Finance Authority | $ - | | | | |
| Henry County Hospital | $ - | | | | |
| Hillsboro Area Hospital | $ - | | | | |
| Iberia Medical Center (IMC) | $ - | | | | |
| Komar Brands Inc | $ - | | | | |
| New Life Christian Church | $ 1,870.00 | New report and training completed | Invoiced | $ 1,870.00 | |
| New York Hospital Queens | $ 9,195.00 | Annual maintenance | invoiced | $ 9,195.00 | |
| Oklahoma Countertops & Flooring | $ - | | | | |
| OnCue Marketing- PDI | $ - | | | | |
| Oroville Hospital | $ - | | | | |
| Professional Datasolutions Inc (PDI) | $ 1,044.77 | | | $ 1,044.77 | |
| Re-Bath LLC | $ - | | | | |
| Servicon | $ - | | | | |
| Synergy | $ 28,000.00 | No work started | | | $ 28,000.00 |
| Terrebonne General Medical Center | $ - | | | | |
| Thibodaux Regional Medical Center | $ - | | | | |
| Twining Inc | $ 15,600.00 | Work not completed | | | $ 15,600.00 |
| University of Arkansas Medical Center | $ 1,500.00 | Work Complete | Invoiced | $ 1,500.00 | |
| Van Diest Medical Center | $ - | | | | |
| Walker County | $ - | | | | |
| | | | | | |
| Total | $ 97,089.12 | | | $ 15,639.12 | $ 81,450.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re    **HCG Software, LLC**                                             Case No.    **15-63347**
                                                                       ,
                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Unauthorized payments to Scott D. Stanton** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Software and associated software code Location: 517 SW 4th Avenue, Suite 300, Portland OR 97204** | - | **Unknown** |
| | | **URL:  previsionepm.com** | - | **50.00** |
| | | **URL:  hcgsoftware.com** | - | **50.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment (See Attachment B (28)/B(29)) Location: Storage Unit:  2001 NW Aloplek Drive, Unit 357, Hillsboro, OR  97124** | - | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computers and monitors (See Attachment B(28)/B (29)) Location: Storage Unit:  2001 NW Aloplek Drive, Unit 357, Hillsboro, OR  97124** | - | **1,500.00** |
| | | **Servers Location: Global Network Support, Inc., 10310 Sw Susquehanna Dr Tualatin, OR 97062** | - | **3,500.00** |
| 30. Inventory. | X | | | |

Sub-Total >    **6,100.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **HCG Software, LLC**                                          Case No.  **15-63347**
_____                    _____
                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,098,187.89** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT "C" FOLLOWS**

B6E (Official Form 6E) (4/13)

In re   **HCG Software, LLC**                                                                 Case No.   **15-63347**
                                                   ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__3__   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **HCG Software, LLC**                                                    Case No.    **15-63347**
_____                              _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christina Smith**<br>**435 NE Cook**<br>**Portland, OR 97212** | | - | 80 hours of paid time off | | | | **3,384.62** | 0.00 | **3,384.62** |
| Account No.<br><br>**Eric Smith**<br>**1447 NW 12th Ave, Unit 214**<br>**Portland, OR 97209** | | - | 60 hours of paid time off | | | | **2,250.00** | 0.00 | **2,250.00** |
| Account No.<br><br>**Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007** | | - | 104 hours of paid time off | | | | **4,350.00** | 0.00 | **4,350.00** |
| Account No.<br><br>**Molly Bradley**<br>**6420 NE 30th Ave**<br>**Portland, OR 97211** | | - | 204 hours of paid time off | | | | **9,317.31** | 0.00 | **9,317.31** |
| Account No.<br><br>**Sheri Finucane**<br>**19196 SE Tillstrom Rd**<br>**Damascus, OR 97089** | | - | 31 hours of paid time off | | | | **387.50** | 0.00 | **387.50** |

Sheet ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| **19,689.43** | **19,689.43** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **HCG Software, LLC**                                                              Case No.    **15-63347**
_____                          _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Tracy Blom** 5915 NE Mason St Portland, OR 97218 | - | | June 2015 Commissions | | | | 1,375.00 | 0.00 1,375.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 0.00 |
|---|---|
| | 1,375.00    1,375.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **HCG Software, LLC**                                    Case No. __**15-63347**__
_____,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**401 W. Peachtree St.**<br>**Stop-334D**<br>**Atlanta, GA 30308** | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**State of Oregon**<br>**PO Box 14999**<br>**Salem, OR 97309-0990** | - | | Various<br><br>Quarterly payroll taxes | | | | 8,819.20 | 0.00 | 8,819.20 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __**3**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   8,819.20

0.00

8,819.20

Total
(Report on Summary of Schedules)   29,883.63

0.00

29,883.63

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT "D" FOLLOWS**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC**
_____ ,    Case No.    **15-63347** _____

Debtor

Chapter    **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,098,187.89 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 494,148.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 29,883.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 3,298,064.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,098,187.89 | | |
| Total Liabilities | | | | 3,822,096.41 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **HCG Software, LLC** _____ ,    Case No. ___**15-63347**_____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**EXHIBIT "E" FOLLOWS**

## <u>VERIFICATION</u>

I, William C. Smith, Jr., in my capacity as Managing Member of Debtor HCG Software, LLC, declare under penalty of perjury that the foregoing **AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS, SCHEDULE B – PERSONAL PROPERTY, SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, AND SUMMARY OF SCHEDULES** is true and correct to the best of my knowledge, information, and belief.


<u>    August 25, 2015    </u>                          <u>      /s/ William C. Smith, Jr.</u>
Date                                                William C. Smith, Jr.
                                                    Managing Member

1

## <u>CERTIFICATE OF SERVICE</u>

        This is to certify that I have this day served a true and correct copy of the foregoing **AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS, SCHEDULE B – PERSONAL PROPERTY, SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, AND SUMMARY OF SCHEDULES** upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to the parties set forth below.

        Michael J. Bargar
        Arnall Golden Gregory LLP
        171 17th Street, NW, Suite 2100
        Atlanta, GA  30363-1031

        Office of the U. S. Trustee
        362 Richard Russell Building
        75 Spring Street SW
        Atlanta, GA  30303

        HCG Software, LLC
        507 Avery Creek Pointe
        Woodstock, GA 30188

        State of Oregon
        PO Box 14999
        Salem, OR  97309-0990

This 26th day of August, 2015.

                                                        _____/s/Robert B. Campos___
                                                        Georgia Bar No. 107357
                                                        rcampos@camposlawoffice.net

Law Office of Robert B. Campos
2774 N. Cobb Pkwy.
Suite 109 #317
Kennesaw, Georgia 30144
(404) 388-3122