IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HCG SOFTWARE, LLC, | : | CASE NO. 15-63347-CRM |
| | : | |
| Debtor. | : | |

**AMENDMENT TO SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, SUMMARY OF SCHEDULES, AND MATRIX**

COMES NOW HCG Software, LLC, Debtor in the above-styled Chapter 7 proceeding, and hereby amends its Schedules filed July 16, 2015 (Doc. No. 1) and amended on August 26, 2015 (Doc. No. 24) as follows:

1. Debtor hereby substitutes its Schedule E – Creditors Holding Unsecured Priority Claims – Amended attached hereto as Exhibit "A" in order to add the City of Portland as a creditor and to add an additional tax claim of the State of Oregon.

2. Debtor hereby substitutes its Summary of Schedules - Amended attached hereto as Exhibit "B" for those filed on August 26, 2015 (Doc. No. 24).

3. Debtor hereby amends its Creditor Matrix to add the following creditor:

    City of Portland
    1224 SW 4th Avenue
    Portland, OR  97204

    as set forth on the Supplemental List of Creditors attached hereto as Exhibit "C".

4. A Verification by Debtor with respect to this amendment is attached hereto as Exhibit "D".

This 30th day of September, 2015.

        LAW OFFICE OF
        ROBERT B. CAMPOS

        Counsel for Debtor

        By:   /s/Robert B. Campos
            Georgia Bar No. 107357
            rcampos@camposlawoffice.net
        2774 N. Cobb Pkwy.
        Suite 109 #317
        Kennesaw, Georgia 30144
        (404) 388-3122

**EXHIBIT "A" FOLLOWS**

B6E (Official Form 6E) (4/13)

.

In re  **HCG Software, LLC**,     Case No. **15-63347**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        **3**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **HCG Software, LLC**  , Case No. __**15-63347**__
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Christina Smith**<br>**435 NE Cook**<br>**Portland, OR 97212** | | - | **80 hours of paid time off** | | | | 3,384.62 | 0.00 | 3,384.62 |
| Account No.<br>**Eric Smith**<br>**1447 NW 12th Ave, Unit 214**<br>**Portland, OR 97209** | | - | **60 hours of paid time off** | | | | 2,250.00 | 0.00 | 2,250.00 |
| Account No.<br>**Lori Forbess**<br>**18399 SW Santoro Drive**<br>**Beaverton, OR 97007** | | - | **104 hours of paid time off** | | | | 4,350.00 | 0.00 | 4,350.00 |
| Account No.<br>**Molly Bradley**<br>**6420 NE 30th Ave**<br>**Portland, OR 97211** | | - | **204 hours of paid time off** | | | | 9,317.31 | 0.00 | 9,317.31 |
| Account No.<br>**Sheri Finucane**<br>**19196 SE Tillstrom Rd**<br>**Damascus, OR 97089** | | - | **31 hours of paid time off** | | | | 387.50 | 0.00 | 387.50 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  19,689.43    0.00    19,689.43

B6E (Official Form 6E) (4/13) - Cont.

In re **HCG Software, LLC**, Case No. **15-63347**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Tracy Blom** 5915 NE Mason St Portland, OR 97218 | | - | June 2015 Commissions | | | | 1,375.00 | 0.00 | 1,375.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    1,375.00    0.00    1,375.00

B6E (Official Form 6E) (4/13) - Cont.

In re  **HCG Software, LLC**,  Case No. **15-63347**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. City of Portland 1221 SW 4th Avenue Portland, OR 97204 | - | | 2014 2014 Partnership Taxes | | | | 200.00 | 0.00 | 200.00 |
| Account No. Internal Revenue Service 401 W. Peachtree St. Stop-334D Atlanta, GA 30308 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. State of Oregon PO Box 14999 Salem, OR 97309-0990 | - | | Various Quarterly payroll taxes | | | | 8,819.20 | 0.00 | 8,819.20 |
| Account No. State of Oregon PO Box 14999 Salem, OR 97309-0990 | - | | 2014 2014 Partnership Taxes | | | | 150.00 | 0.00 | 150.00 |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 9,169.20 | 0.00 9,169.20 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 30,233.63 | 0.00 30,233.63 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**EXHIBIT "B" FOLLOWS**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **HCG Software, LLC**
                                                                                                         ,
                                        Debtor

Case No. __15-63347__

Chapter __7__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,098,187.89 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 494,148.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 30,233.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 3,298,064.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,098,187.89 | | |
| Total Liabilities | | | | 3,822,446.41 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re **HCG Software, LLC**, Debtor

Case No. **15-63347**

Chapter **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**EXHIBIT "C" FOLLOWS**

**SUPPLEMENTAL LIST OF CREDITORS**

City of Portland
1224 SW 4th Avenue
Portland, OR  97204

## EXHIBIT "D"

## VERIFICATION

I, William C. Smith, Jr., in my capacity as Managing Member of Debtor HCG Software, LLC, declare under penalty of perjury that the foregoing AMENDMENT TO SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, SUMMARY OF SCHEDULES, AND MATRIX is true and correct to the best of my knowledge, information and belief.

|  |  |
|---|---|
| 9/23/15 | /s/ William C. Smith, Jr. |
| Date | William C. Smith, Jr. |
|  | Managing Member |

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a true and correct copy of the foregoing **AMENDMENT TO SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS, SUMMARY OF SCHEDULES, AND MATRIX** upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to the parties set forth below.

    Michael J. Bargar
    Arnall Golden Gregory LLP
    171 17th Street, NW, Suite 2100
    Atlanta, GA  30363-1031

    Office of the U. S. Trustee
    362 Richard Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA  30303

    HCG Software, LLC
    507 Avery Creek Pointe
    Woodstock, GA 30188

    State of Oregon
    PO Box 14999
    Salem, OR  97309-0990

    City of Portland
    1224 SW 4th Avenue
    Portland, OR  97204


This 30th day of September, 2015.

                                                                   /s/Robert B. Campos
                                                                  Georgia Bar No. 107357
                                                                  rcampos@camposlawoffice.net

Law Office of Robert B. Campos
2774 N. Cobb Pkwy.
Suite 109 #317
Kennesaw, Georgia 30144
(404) 388-3122