Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 15-63347-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | Date Filed (f) or Converted (c): | 07/16/2015 (f) |
| | | § 341(a) Meeting Date: | 08/25/2015 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 11/02/2015 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checks | 1,382.67 | 1,382.67 | | 0.00 | FA |
| 2 | JPMorgan Chase Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | U.S. Bank checking Account | 346.60 | 346.60 | | 0.00 | FA |
| 4 | Security deposit held by landlord  Subject to offset against unpaid rent. | 34,667.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable | 15,639.12 | 15,639.12 | | 1,589.67 | FA |
| 6* | Judgment Against Public Sector Solutions, Inc (See Footnote) | 1,031,652.50 | 12,500.00 | | 25,000.00 | FA |
| 7 | Loan made to Andy Seitz | 8,400.00 | 0.00 | | 0.00 | FA |
| 8 | Unauthorized payments to Scott D. Stanton | Unknown | 0.00 | | 0.00 | FA |
| 9 | Software and associated software code | Unknown | 83,000.00 | | 83,000.00 | FA |
| 10 | URL: previsionepm.com | 50.00 | 50.00 | | 0.00 | FA |
| 11 | URL: hcgsoftware.com | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Miscellaneous office equipment (See Attachment B | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 13 | Computers and monitors | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 14 | Servers | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 15 | Tax Refunds (u) | 0.00 | 382.67 | | 384.12 | FA |
| 16 | Avoidance Action Claims (u) | 0.00 | 2,759.34 | | 2,759.34 | FA |
| 17 | Insurance Payment (u) | 0.00 | 500.00 | | 500.00 | FA |
| 17 | Assets    Totals    (Excluding unknown values) | **$1,098,187.89** | **$122,610.40** | | **$119,233.13** | **$0.00** |

RE PROP# 6    Public-Sector Solutions ("PSS") filed Chapter 7 in the District of Maryland. The Trustee for PSS has resolved a fraudulent conveyance claims in that matter. The Trustee negotiated a settlement with the Trustee in the PSS bankruptcy case.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 15-63347-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** HCG SOFTWARE, LLC | **Date Filed (f) or Converted (c):** 07/16/2015 (f) |
| | **§ 341(a) Meeting Date:** 08/25/2015 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 11/02/2015 |

**Major Activities Affecting Case Closing:**

The Trustee held a public auction for the sale of certain assets of the Debtor including the PrevisionEPM computer program, inventory and customer base and list.

Regarding Asset # 6.  The Debtor holds a judgment and post petition administrative claims against Public-Sector Solutions ("PSS"). PSS is in Chapter 7 in the District of Maryland.  The Trustee for PSS has resolved a fraudulent conveyance claim in that matter. The Trustee negotiated a settlement with the Trustee in the PSS bankruptcy case to resolve the bankruptcy estate's claims in that matter.

The Trustee anticipates filing his Final Report shortly.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2017 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 |

07/29/2019  
Date

/s/S. Gregory Hays  
S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-63347-JWC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6882 | | Account #: | ******4866 Checking Account |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/04/15 | {16} | Davis & Galm | Preference funds from garnishment to US Bank | 1241-000 | 2,759.34 | | 2,759.34 |
| 08/17/15 | {15} | US Treasury | Refund - 1st quarter 2015 Form 941 | 1224-000 | 382.67 | | 3,142.01 |
| 08/17/15 | {17} | The Hartford | Personal property damage 10/22/14 | 1229-000 | 500.00 | | 3,642.01 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,632.01 |
| 09/09/15 | {15} | US Treasury | Refund of December 2008 form 944 | 1224-000 | 1.45 | | 3,633.46 |
| 09/09/15 | {5} | University of Arkansas | A/R Collection | 1121-000 | 1,500.00 | | 5,133.46 |
| 09/18/15 | {9} | Home Brands Group LLC | Earnest Money Deposit. Sale of assets per Order, Dkt # 49. | 1129-000 | 10,000.00 | | 15,133.46 |
| 09/24/15 | {5} | MODA Health | Final bill | 1121-000 | 89.67 | | 15,223.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.71 | 15,210.42 |
| 10/19/15 | | Home Brands Group LLCWells Fargo SF | Wire transfer. Sale of assets per Order, Dkt # 49. | | 40,000.00 | | 55,210.42 |
| | {9} | Home Brands Group, LLC | Allocation of sale proceeds to scheduled value.  $73,000.00 | 1129-000 | | | 55,210.42 |
| | {14} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value.  $3,500.00 | 1129-000 | | | 55,210.42 |
| | {13} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value.  $1,500.00 | 1129-000 | | | 55,210.42 |
| | {12} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value.  $1,000.00 | 1129-000 | | | 55,210.42 |
| | | William Smith | Payment of secured claim in assets sold.  -$39,000.00 | 4210-000 | | | 55,210.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.97 | 55,167.45 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.70 | 55,090.75 |

Page Subtotals: $55,233.13    $142.38

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 15-63347-JWC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6882 | | Account #: | ******4866 Checking Account |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.17 | 55,003.58 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.27 | 54,927.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.16 | 54,851.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.55 | 54,764.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.93 | 54,688.67 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.82 | 54,612.85 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.18 | 54,526.67 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.60 | 54,451.07 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.91 | 54,365.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.98 | 54,287.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.27 | 54,211.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.95 | 54,128.96 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.64 | 54,051.32 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.91 | 53,968.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.45 | 53,895.96 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.10 | 53,815.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.24 | 53,743.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.03 | 53,658.59 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.17 | 53,581.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.49 | 53,506.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.66 | 53,422.27 |

Page Subtotals: $0.00  $1,668.48

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 15-63347-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6882 | Account #: | ******4866 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 74.27 | 53,348.00 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 81.84 | 53,266.16 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 76.61 | 53,189.55 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 73.95 | 53,115.60 |
| 01/25/18 | {6} | Public-Sector Solutions, inc (Yumkas, Vidmar IOLTA) | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 |  | 65,615.60 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 87.03 | 65,528.57 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 87.96 | 65,440.61 |
| 03/05/18 | {6} | Joesph J Bellinger, Trustee for Public-Sector Solutions | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 |  | 77,940.61 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 108.50 | 77,832.11 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 108.21 | 77,723.90 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 122.98 | 77,600.92 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 107.89 | 77,493.03 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 118.89 | 77,374.14 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 115.00 | 77,259.14 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 59.26 | 77,199.88 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 69.79 | 77,130.09 |

Page Subtotals: $25,000.00   $1,292.18

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 15-63347-JWC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6882 | | Account #: | ******4866 Checking Account |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 80,233.13 | 3,103.04 | $77,130.09 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 80,233.13 | 3,103.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,233.13** | **$3,103.04** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-63347-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | HCG SOFTWARE, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6882 | **Account #:** | ******4866 Checking Account |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $80,233.13 |
| Plus Gross Adjustments: | $39,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $119,233.13 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4866 Checking Account | $80,233.13 | $3,103.04 | $77,130.09 |
| | $80,233.13 | $3,103.04 | $77,130.09 |