**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  HCG SOFTWARE, LLC

§   Case No. 15-63347-JWC
§
§
§

Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/16/2015. The undersigned trustee was appointed on 07/16/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          119,233.13

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 39,000.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 3,664.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 76,568.75 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/02/2015 and the deadline for filing governmental claims was 01/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,211.66. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,831.75, for a total compensation of $4,831.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $154.77 for total expenses of $154.77[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2020             By: /s/ S. Gregory Hays
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

Case No.: 15-63347-JWC

Case Name: HCG SOFTWARE, LLC

For Period Ending: 08/21/2020

Trustee Name: (300320) S. Gregory Hays

Date Filed (f) or Converted (c): 07/16/2015 (f)

§ 341(a) Meeting Date: 08/25/2015

Claims Bar Date: 11/02/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checks | 1,382.67 | 1,382.67 | | 0.00 | FA |
| 2 | JPMorgan Chase Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | U.S. Bank checking Account | 346.60 | 346.60 | | 0.00 | FA |
| 4 | Security deposit held by landlord<br>Subject to offset against unpaid rent. | 34,667.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable | 15,639.12 | 15,639.12 | | 1,589.67 | FA |
| 6* | Judgment Against Public Sector Solutions, Inc (See Footnote) | 1,031,652.50 | 12,500.00 | | 25,000.00 | FA |
| 7 | Loan made to Andy Seitz | 8,400.00 | 0.00 | | 0.00 | FA |
| 8 | Unauthorized payments to Scott D. Stanton | Unknown | 0.00 | | 0.00 | FA |
| 9 | Software and associated software code | Unknown | 83,000.00 | | 83,000.00 | FA |
| 10 | URL: previsionepm.com | 50.00 | 50.00 | | 0.00 | FA |
| 11 | URL: hcgsoftware.com | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Miscellaneous office equipment (See Attachment B | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 13 | Computers and monitors | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 14 | Servers | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 15 | Tax Refunds (u) | 0.00 | 382.67 | | 384.12 | FA |
| 16 | Avoidance Action Claims (u) | 0.00 | 2,759.34 | | 2,759.34 | FA |
| 17 | Insurance Payment (u) | 0.00 | 500.00 | | 500.00 | FA |
| 17 | **Assets Totals (Excluding unknown values)** | **$1,098,187.89** | **$122,610.40** | | **$119,233.13** | **$0.00** |

RE PROP# 6   Public-Sector Solutions ("PSS") filed Chapter 7 in the District of Maryland.  The Trustee for PSS has resolved a fraudulent conveyance claims in that matter. The Trustee negotiated a settlement with the Trustee in the PSS bankruptcy case.

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 12/31/2017

Current Projected Date Of Final Report (TFR): 08/21/2020 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A
Page: 2

**Case No.:**  15-63347-JWC

**Case Name:**  HCG SOFTWARE, LLC

**For Period Ending:**  08/21/2020

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  07/16/2015 (f)

**§ 341(a) Meeting Date:**  08/25/2015

**Claims Bar Date:**  11/02/2015

08/21/2020
_____
Date

/s/S. Gregory Hays
_____
S. Gregory Hays

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case No.:** | 15-63347-JWC |
| **Case Name:** | HCG SOFTWARE, LLC |
| **Taxpayer ID #:** | **-***6882 |
| **For Period Ending:** | 08/21/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/04/15 | {16} | Davis & Galm | Preference funds from garnishment to US Bank | 1241-000 | 2,759.34 | | 2,759.34 |
| 08/17/15 | {15} | US Treasury | Refund - 1st quarter 2015 Form 941 | 1224-000 | 382.67 | | 3,142.01 |
| 08/17/15 | {17} | The Hartford | Personal property damage 10/22/14 | 1229-000 | 500.00 | | 3,642.01 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,632.01 |
| 09/09/15 | {15} | US Treasury | Refund of December 2008 form 944 | 1224-000 | 1.45 | | 3,633.46 |
| 09/09/15 | {5} | University of Arkansas | A/R Collection | 1121-000 | 1,500.00 | | 5,133.46 |
| 09/18/15 | {9} | Home Brands Group LLC | Earnest Money Deposit. Sale of assets per Order, Dkt # 49. Applied to Software & associated code. | 1129-000 | 10,000.00 | | 15,133.46 |
| 09/24/15 | {5} | MODA Health | Final bill | 1121-000 | 89.67 | | 15,223.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.71 | 15,210.42 |
| 10/19/15 | | Home Brands Group LLCWells Fargo SF | Wire transfer. Sale of assets per Order, Dkt # 49. | | 40,000.00 | | 55,210.42 |
| | {9} | Home Brands Group, LLC | Allocation of sale proceeds to scheduled value of Software & associated software code.  $73,000.00 | 1129-000 | | | |
| | {14} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Servers.  $3,500.00 | 1129-000 | | | |
| | {13} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Computers and Monitors  $1,500.00 | 1129-000 | | | |
| | {12} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Miscellaneous equipment  $1,000.00 | 1129-000 | | | |
| | | William Smith | Payment of secured claim in assets sold.  -$39,000.00 | 4210-000 | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.97 | 55,167.45 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.70 | 55,090.75 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.17 | 55,003.58 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.27 | 54,927.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.16 | 54,851.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.55 | 54,764.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.93 | 54,688.67 |

**Page Subtotals:** $55,233.13          $544.46

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 15-63347-JWC | |
| **Case Name:** | HCG SOFTWARE, LLC | |
| **Taxpayer ID #:** | **-***6882 | |
| **For Period Ending:** | 08/21/2020 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.82 | 54,612.85 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.18 | 54,526.67 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.60 | 54,451.07 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.91 | 54,365.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.98 | 54,287.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.27 | 54,211.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.95 | 54,128.96 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.64 | 54,051.32 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.91 | 53,968.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.45 | 53,895.96 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.10 | 53,815.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.24 | 53,743.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.03 | 53,658.59 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.17 | 53,581.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.49 | 53,506.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.66 | 53,422.27 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.27 | 53,348.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.84 | 53,266.16 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.61 | 53,189.55 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.95 | 53,115.60 |
| 01/25/18 | {6} | Public-Sector Solutions, inc (Yumkas, Vidmar IOLTA) | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 | | 65,615.60 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.03 | 65,528.57 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.96 | 65,440.61 |
| 03/05/18 | {6} | Joesph J Bellinger, Trustee for Public-Sector Solutions | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 | | 77,940.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.50 | 77,832.11 |

**Page Subtotals:**    $25,000.00    $1,856.56

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

# Form 2

**Exhibit B**

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case No.:** | 15-63347-JWC |
| **Case Name:** | HCG SOFTWARE, LLC |
| **Taxpayer ID #:** | **-***6882 |
| **For Period Ending:** | 08/21/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.21 | 77,723.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.98 | 77,600.92 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.89 | 77,493.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.89 | 77,374.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.00 | 77,259.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.26 | 77,199.88 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.79 | 77,130.09 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 77,130.09 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 80,233.13 | 80,233.13 | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 77,130.09 | |
| **Subtotal** | 80,233.13 | 3,103.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$80,233.13** | **$3,103.04** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-63347-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6882 | Account #: | ******0099 Demand Deposit Account |
| For Period Ending: | 08/21/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 77,130.09 | | 77,130.09 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 61.63 | 77,068.46 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 123.18 | 76,945.28 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 118.88 | 76,826.40 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 130.98 | 76,695.42 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.67 | 76,568.75 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 77,130.09 | 561.34 | $76,568.75 |
| Less: Bank Transfers/CDs | | 77,130.09 | 0.00 | |
| Subtotal | | 0.00 | 561.34 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $561.34 | |

# Form 2

Exhibit B
Page:   5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-63347-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | HCG SOFTWARE, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***6882 | **Account #:** | ******0099 Demand Deposit Account |
| **For Period Ending:** | 08/21/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $80,233.13 |
| Plus Gross Adjustments: | $39,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $119,233.13 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4866 Checking Account | $80,233.13 | $3,103.04 | $0.00 |
| ******0099 Demand Deposit Account | $0.00 | $561.34 | $76,568.75 |
| | **$80,233.13** | **$3,664.38** | **$76,568.75** |

| | |
|---|---|
| 08/21/2020 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case: 15-63347-JWC**                **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays, Trustee 2964 Peachtree Rd NW Ste 555 Atlanta, GA 30305 <2100-000 Trustee Compensation> , 200 | Administrative 10/09/15 | | $9,211.66 $9,211.66 | $0.00 | $9,211.66 |
| ADM2 | S. Gregory Hays, Trustee 2964 Peachtree Rd NW Ste 555 Atlanta, GA 30305 <2200-000 Trustee Expenses> , 200 | Administrative 10/09/15 | | $295.09 $295.09 | $0.00 | $295.09 |
| ADM3 | Arnall Golden Gregory LLP Attn: Michael Bargar 171 17th Street NW Ste 2100 Atlanta, GA 30363-1031 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 09/03/19 | | $79,824.50 $79,824.50 | $0.00 | $79,824.50 |
| ADM4 | Arnall Golden Gregory LLP Attn: Michael Bargar 171 17th Street NW Ste 2100 Atlanta, GA 30363-1031 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 09/03/19 | | $641.25 $641.25 | $0.00 | $641.25 |
| ADM5 | Pierce McCoy PLLC Attn: Jonathan A. Grasso 101 W. Main Street, Suite 101 Norfolk, VA 23510 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 01/26/18 | | $9,600.00 $9,600.00 | $0.00 | $9,600.00 |

The Trustee and his other professions have agreed to the reduced payment of their fee applications and full payment of the Pierce McCoy PPLC's fee application.

Page: 2

## Exhibit C

## Analysis of Claims Register

Case: 15-63347-JWC                    HCG SOFTWARE, LLC

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM6 | Hays Financial Consulting LLC 2964 Peachtree Road NW Ste 555 Atlanta, GA 30305 <3310-000 Accountant for Trustee Fees (Trustee Firm)> , 200 | Administrative 09/03/19 | | $36,150.00 $36,150.00 | $0.00 | $36,150.00 |
| ADM7 | Hays Financial Consulting LLC 2964 Peachtree Road NW Ste 555 Atlanta, GA 30305 <3320-000 Accountant for Trustee Expenses (Trustee Firm)> , 200 | Administrative 09/03/19 | | $1,552.56 $1,552.56 | $0.00 | $1,552.56 |
| 1P | Internal Revenue Service, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 08/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as $7,566.06 priority claim. Amended/replaced by POC # 1P-5. | | | | | |
| 1P-2 | Internal Revenue Service 401 W. Peachtree St. Stop-334D Atlanta, GA 30308 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 08/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as $499.34 priority claim. Amended/replaced by POC # 1P-5. | | | | | |
| 1P-3 | Internal Revenue Service 401 W. Peachtree St. Stop-334D Atlanta, GA 30308 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 08/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as $499.34 priority claim. Amended/replaced by POC # 1P-5. | | | | | |
| 1P-4 | Internal Revenue Service 401 W. Peachtree St. Stop-334D Atlanta, GA 30308 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 08/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 15-63347-JWC**                **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Filed as $399.34 priority claim. Amended/replaced by POC # 1P-5. | | | | | |
| 1P-5 | Internal Revenue Service<br>401 W. Peachtree St.<br>Stop-334D<br>Atlanta, GA 30308<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br><br>08/07/15 | | $396.83<br>$396.83 | $0.00 | $396.83 |
| 2 | Tracy Blom,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/13/15 | | $1,650.00<br>$1,650.00 | $0.00 | $1,650.00 |
| 3P | Kristina M. Smith,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/17/15 | | $12,475.00<br>$12,475.00 | $0.00 | $12,475.00 |
| 5 | Shellie Tetzlaff,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>08/19/15 | | $506.62<br>$506.62 | $0.00 | $506.62 |
| 7 | Molly Bradley,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>09/14/15 | | $9,317.31<br>$9,317.31 | $0.00 | $9,317.31 |
| 8P | Brandon Frost,<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br>10/06/15 | | $12,475.00<br>$12,475.00 | $0.00 | $12,475.00 |
| 9 | Department of Consumer & Business Services<br>350 Winter St<br>Salem, OR 97309<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br><br>10/12/15 | | $150.30<br>$150.30 | $0.00 | $150.30 |
| 14P | Scott D. Stanton Trust<br>19188 SE Tillstrom<br>Boring, OR 97009<br><5300-000 Wages - § 507(a)(4)><br>, 510 | Priority<br><br>10/29/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case: 15-63347-JWC**             **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Filed as $12,475 prioirity claim. Withdrawn by creditor per docket # 51. | | | | | |
| 17P | Scott D. Stanton 19188 SE Tillstrom Road Damascus, OR 97089 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 10/30/15 | | $12,475.00 $12,475.00 | $0.00 | $12,475.00 |
| 20 | Sheri Y. Peterson 10762 SE 78th Ave Portland, OR 97222 <5300-000 Wages - § 507(a)(4)> , 510 | Priority 10/30/15 | | $387.50 $387.50 | $0.00 | $387.50 |
| 21P | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $4,200.87 priority claim. Amended/replaced by POC # 21P-5. | | | | | |
| 21P-2 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $1,584.55 priority claim. Amended/replaced by POC # 21P-5. | | | | | |
| 21P-3 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $1,277.81 priority claim. Amended/replaced by POC # 21P-5. | | | | | |
| 21P-4 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $2,650.97 priority claim. Amended/replaced by POC # 21P-5. | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 5

## Exhibit C

## Analysis of Claims Register

**Case:** 15-63347-JWC                     **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21P-5 | Oregon Department of Revenue<br>955 Center St NE<br>Salem, OR 97301<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>12/22/15 | | $1,531.79<br>$1,531.79 | $0.00 | $1,531.79 |
| 22P | City of Portland<br>1224 SW 4th Avenue<br>Portland, OR 97204<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/12/16 | | $209.66<br>$209.66 | $0.00 | $209.66 |
| 1U | Internal Revenue Service,<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>08/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $200 penalty claim claim under §726(a)(4). Amended/replaced by POC # 1U-5. | | | | | |
| 1U-2 | Internal Revenue Service<br>401 W. Peachtree St.<br>Stop-334D<br>Atlanta, GA 30308<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>08/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $200 penalty claim claim under §726(a)(4). Amended/replaced by POC # 1U-5. | | | | | |
| 1U-3 | Internal Revenue Service<br>401 W. Peachtree St.<br>Stop-334D<br>Atlanta, GA 30308<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>08/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $100 penalty claim claim under §726(a)(4). Amended/replaced by POC # 1U-5. | | | | | |
| 1U-4 | Internal Revenue Service<br>401 W. Peachtree St.<br>Stop-334D<br>Atlanta, GA 30308<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>08/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $100 penalty claim claim under §726(a)(4). Amended/replaced by POC # 1U-5. | | | | | |

Page: 6

## Exhibit C

### Analysis of Claims Register

Case: 15-63347-JWC                    HCG SOFTWARE, LLC

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1U-5 | Internal Revenue Service<br>401 W. Peachtree St.<br>Stop-334D<br>Atlanta, GA 30308<br><7300-000 Section 726(a)(4) Fines,<br>Penalties><br>, 630 | Unsecured<br>08/07/15 | | $43.14<br>$43.14 | $0.00 | $43.14 |
| | Penalty claim claim under §726(a)(4). | | | | | |
| 3U | Kristina M. Smith,<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>08/17/15 | | $3,379.15<br>$3,379.15 | $0.00 | $3,379.15 |
| 4 | Energetiq Technology, Inc.,<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>08/17/15 | | $12,000.00<br>$12,000.00 | $0.00 | $12,000.00 |
| 6 | Global Network Support, Inc.,<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>08/25/15 | | $15,186.50<br>$15,186.50 | $0.00 | $15,186.50 |
| 8U | Brandon Frost,<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>10/06/15 | | $2,397.78<br>$2,397.78 | $0.00 | $2,397.78 |
| 10 | Christina Pak-Hanratty<br>1123 Bluffhaven Way<br>Atlanta, GA 30319<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>10/20/15 | | $100,000.00<br>$100,000.00 | $0.00 | $100,000.00 |
| 11 | Bryan Cave LLP c/o Sarah M. Good<br>One Atlantic Center-14th Flr.<br>1201 W. Peachtree Street, NW<br>Atlanta, GA 30309-3471<br><7100-000 Section 726(a)(2) General<br>Unsecured Claims><br>, 610 | Unsecured<br>10/28/15 | | $20,311.14<br>$20,311.14 | $0.00 | $20,311.14 |

Page: 7

## Exhibit C

### Analysis of Claims Register

**Case: 15-63347-JWC**                    **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Daniel P. Stanton Trust Attn:  Dan Stanton 112 Ortega Court Erie, CO 80516 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/28/15 | | $75,000.00 $75,000.00 | $0.00 | $75,000.00 |
| 13 | Parsons Farnell & Grein, LLP 1030 SW Morrison Street Portland, OR 97205 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/28/15 | | $247,227.91 $247,227.91 | $0.00 | $247,227.91 |
| 14U | Scott D. Stanton Trust 19188 SE Tillstrom Boring, OR 97009 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/29/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as $512,609 unsecured claim. Withdrawn by creditor per docket # 51. | | | | | |
| 15 | Scott D. Stanton 19188 SE Tillstrom Road Damascus, OR 97089 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/30/15 | | $370,600.00 $370,600.00 | $0.00 | $370,600.00 |
| 16 | Scott D. Stanton Trust c/o Scott D. Stanton 19188 SE Tillstrom Road Damascus, OR 97089 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/30/15 | | $184,500.00 $184,500.00 | $0.00 | $184,500.00 |
| 17U | Scott D. Stanton 19188 SE Tillstrom Road Damascus, OR 97089 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/30/15 | | $512,609.00 $512,609.00 | $0.00 | $512,609.00 |

## Exhibit C

## Analysis of Claims Register

**Case: 15-63347-JWC**          **HCG SOFTWARE, LLC**

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | William C. Smith, Jr. 507 Avery Creek Pointe Woodstock, GA 30188 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/02/15 | | $2,450,019.46 $2,450,019.46 | $0.00 | $2,450,019.46 |
| 19 | Anthony C Seitz aka Andy Seitz 17155 SW Carlson Street Sherwood, OR 97140 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/28/15 | | $16,023.57 $16,023.57 | $0.00 | $16,023.57 |
| 21U | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $1,050.00 unsecured claim. Amended/replaced by POC # 21U-5. | | | | | |
| 21U-2 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $7.50 unsecured claim. Amended/replaced by POC # 21U-5. | | | | | |
| 21U-3 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $7.50 unsecured claim. Amended/replaced by POC # 21U-5. | | | | | |
| 21U-4 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/22/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Filed as a $2,757.50 unsecured claim. Amended/replaced by POC # 21U-5. | | | | | |

Page: 9

## Exhibit C

## Analysis of Claims Register

Case: 15-63347-JWC                HCG SOFTWARE, LLC

Claims Bar Date: 11/02/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21U-5 | Oregon Department of Revenue 955 Center St NE Salem, OR 97301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/22/15 | | $2,757.50 $2,757.50 | $0.00 | $2,757.50 |
| 22U | City of Portland 1224 SW 4th Avenue Portland, OR 97204 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/12/16 | | $60.00 $60.00 | $0.00 | $60.00 |
| | | | Case Total: | | $0.00 | $4,200,965.22 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-63347-JWC
Case Name: HCG SOFTWARE, LLC
Trustee Name: S. Gregory Hays

**Balance on hand:**            $            76,568.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:            $            0.00
Remaining balance:            $            76,568.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays, Trustee | 9,211.66 | 0.00 | 4,831.75 |
| Accountant for Trustee, Fees - Hays Financial Consulting LLC | 36,150.00 | 0.00 | 18,961.58 |
| Accountant for Trustee, Expenses - Hays Financial Consulting LLC | 1,552.56 | 0.00 | 814.36 |
| Trustee, Expenses - S. Gregory Hays, Trustee | 295.09 | 0.00 | 154.77 |
| Attorney for Trustee Fees (Other Firm) - Pierce McCoy PLLC | 9,600.00 | 0.00 | 9,600.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 79,824.50 | 0.00 | 41,869.94 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 641.25 | 0.00 | 336.35 |

Total to be paid for chapter 7 administrative expenses:            $            76,568.75
Remaining balance:            $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:            $            0.00
Remaining balance:            $            0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,575.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-4 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-5 | Internal Revenue Service | 396.83 | 0.00 | 0.00 |
| 2 | Tracy Blom | 1,650.00 | 0.00 | 0.00 |
| 3P | Kristina M. Smith | 12,475.00 | 0.00 | 0.00 |
| 5 | Shellie Tetzlaff | 506.62 | 0.00 | 0.00 |
| 7 | Molly Bradley | 9,317.31 | 0.00 | 0.00 |
| 8P | Brandon Frost | 12,475.00 | 0.00 | 0.00 |
| 9 | Department of Consumer & Business Services | 150.30 | 0.00 | 0.00 |
| 14P | Scott D. Stanton Trust | 0.00 | 0.00 | 0.00 |
| 17P | Scott D. Stanton | 12,475.00 | 0.00 | 0.00 |
| 20 | Sheri Y. Peterson | 387.50 | 0.00 | 0.00 |
| 21P | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21P-2 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21P-3 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21P-4 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21P-5 | Oregon Department of Revenue | 1,531.79 | 0.00 | 0.00 |
| 22P | City of Portland | 209.66 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,012,072.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Kristina M. Smith | 3,379.15 | 0.00 | 0.00 |
| 4 | Energetiq Technology, Inc. | 12,000.00 | 0.00 | 0.00 |
| 6 | Global Network Support, Inc. | 15,186.50 | 0.00 | 0.00 |
| 8U | Brandon Frost | 2,397.78 | 0.00 | 0.00 |
| 10 | Christina Pak-Hanratty | 100,000.00 | 0.00 | 0.00 |
| 11 | Bryan Cave LLP c/o Sarah M. Good | 20,311.14 | 0.00 | 0.00 |
| 12 | Daniel P. Stanton Trust Attn: Dan Stanton | 75,000.00 | 0.00 | 0.00 |
| 13 | Parsons Farnell & Grein, LLP | 247,227.91 | 0.00 | 0.00 |
| 14U | Scott D. Stanton Trust | 0.00 | 0.00 | 0.00 |
| 15 | Scott D. Stanton | 370,600.00 | 0.00 | 0.00 |
| 16 | Scott D. Stanton Trust | 184,500.00 | 0.00 | 0.00 |
| 17U | Scott D. Stanton | 512,609.00 | 0.00 | 0.00 |
| 18 | William C. Smith, Jr. | 2,450,019.46 | 0.00 | 0.00 |
| 19 | Anthony C Seitz aka Andy Seitz | 16,023.57 | 0.00 | 0.00 |
| 21U | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21U-2 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21U-3 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21U-4 | Oregon Department of Revenue | 0.00 | 0.00 | 0.00 |
| 21U-5 | Oregon Department of Revenue | 2,757.50 | 0.00 | 0.00 |
| 22U | City of Portland | 60.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $        0.00

Remaining balance:    $        0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for tardily filed general unsecured claims:   $      0.00

Remaining balance:   $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $43.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-4 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-5 | Internal Revenue Service | 43.14 | 0.00 | 0.00 |

Total to be paid for subordinated claims:   $      0.00

Remaining balance:   $      0.00

**UST Form 101-7-TFR(5/1/2011)**