**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: HCG SOFTWARE, LLC §  Case No. 15-63347-JWC
§
§
§
    Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $44,896.27 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $39,000.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $80,233.13 | |

        3) Total gross receipts of $119,233.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $119,233.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $494,148.07 | $39,000.00 | $39,000.00 | $39,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $140,939.44 | $140,939.44 | $80,233.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $30,233.63 | $51,575.01 | $51,575.01 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,298,064.71 | $4,012,115.15 | $4,012,115.15 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,822,446.41 | $4,243,629.60 | $4,243,629.60 | $119,233.13 |

4) This case was originally filed under chapter 7 on 07/16/2015.  The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  _____12/02/2020_____          By: /s/ S. Gregory  Hays  _____
                                                                                      Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Servers | 1129-000 | $3,500.00 |
| Avoidance Action Claims | 1241-000 | $2,759.34 |
| Software and associated software code | 1129-000 | $83,000.00 |
| Computers and monitors | 1129-000 | $1,500.00 |
| Tax Refunds | 1224-000 | $384.12 |
| Judgment Against Public Sector Solutions, Inc | 1149-000 | $25,000.00 |
| Insurance Payment | 1229-000 | $500.00 |
| Accounts Receivable | 1121-000 | $1,589.67 |
| Miscellaneous office equipment (See Attachment B | 1129-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$119,233.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payment of secured claim in assets sold. | 4210-000 | NA | $39,000.00 | $39,000.00 | $39,000.00 |
| N/F | Parsons Farnell & Grein, LLP Davis Galm Law Firm/Paul Galm | 4110-000 | $248,227.91 | NA | NA | NA |
| N/F | William C. Smith, Jr. | 4110-000 | $245,920.16 | NA | NA | NA |
| | **TOTAL SECURED** | | **$494,148.07** | **$39,000.00** | **$39,000.00** | **$39,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays, Trustee | 2100-000 | NA | $9,211.66 | $9,211.66 | $4,831.75 |
| Trustee, Expenses - S. Gregory Hays, Trustee | 2200-000 | NA | $295.09 | $295.09 | $154.77 |
| Accountant for Trustee, Fees - Hays Financial Consulting LLC | 3310-000 | NA | $36,150.00 | $36,150.00 | $18,961.58 |
| Accountant for Trustee, Expenses - Hays Financial Consulting LLC | 3320-000 | NA | $1,552.56 | $1,552.56 | $814.36 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $499.71 | $499.71 | $499.71 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $61.63 | $61.63 | $61.63 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,103.04 | $3,103.04 | $3,103.04 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $79,824.50 | $79,824.50 | $41,869.94 |
| Attorney for Trustee Fees (Other Firm) - Pierce McCoy PLLC | 3210-000 | NA | $9,600.00 | $9,600.00 | $9,600.00 |
| Attorney for Trustee Expenses (Other Firm)  - Arnall Golden Gregory LLP | 3220-000 | NA | $641.25 | $641.25 | $336.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$140,939.44** | **$140,939.44** | **$80,233.13** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 1P-2 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 1P-3 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 1P-4 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 1P-5 | Internal Revenue Service | 5800-000 | $0.00 | $396.83 | $396.83 | $0.00 |
| 2 | Tracy Blom | 5300-000 | $1,375.00 | $1,650.00 | $1,650.00 | $0.00 |
| 3P | Kristina M. Smith | 5300-000 | $3,384.62 | $12,475.00 | $12,475.00 | $0.00 |
| 5 | Shellie Tetzlaff | 5300-000 | NA | $506.62 | $506.62 | $0.00 |
| 7 | Molly Bradley | 5300-000 | $9,317.31 | $9,317.31 | $9,317.31 | $0.00 |
| 8P | Brandon Frost | 5300-000 | NA | $12,475.00 | $12,475.00 | $0.00 |
| 9 | Department of Consumer & Business Services | 5800-000 | $150.00 | $150.30 | $150.30 | $0.00 |
| 14P | Scott D. Stanton Trust | 5300-000 | NA | $0.00 | $0.00 | $0.00 |
| 17P | Scott D. Stanton | 5300-000 | NA | $12,475.00 | $12,475.00 | $0.00 |
| 20 | Sheri Y. Peterson | 5300-000 | $387.50 | $387.50 | $387.50 | $0.00 |
| 21P | Oregon Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 21P-2 | Oregon Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 21P-3 | Oregon Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |

| 21P-4 | Oregon Department of Revenue | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| 21P-5 | Oregon Department of Revenue | 5800-000 | $8,819.20 | $1,531.79 | $1,531.79 | $0.00 |
| 22P | City of Portland | 5800-000 | $200.00 | $209.66 | $209.66 | $0.00 |
| N/F | Eric Smith | 5300-000 | $2,250.00 | NA | NA | NA |
| N/F | Lori Forbess | 5300-000 | $4,350.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$30,233.63** | **$51,575.01** | **$51,575.01** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7300-000 | NA | $0.00 | $0.00 | $0.00 |
| 1U-2 | Internal Revenue Service | 7300-000 | NA | $0.00 | $0.00 | $0.00 |
| 1U-3 | Internal Revenue Service | 7300-000 | NA | $0.00 | $0.00 | $0.00 |
| 1U-4 | Internal Revenue Service | 7300-000 | NA | $0.00 | $0.00 | $0.00 |
| 1U-5 | Internal Revenue Service | 7300-000 | NA | $43.14 | $43.14 | $0.00 |
| 3U | Kristina M. Smith | 7100-000 | $2,992.16 | $3,379.15 | $3,379.15 | $0.00 |
| 4 | Energetiq Technology, Inc. | 7100-000 | NA | $12,000.00 | $12,000.00 | $0.00 |
| 6 | Global Network Support, Inc. | 7100-000 | $14,181.50 | $15,186.50 | $15,186.50 | $0.00 |
| 8U | Brandon Frost | 7100-000 | $0.00 | $2,397.78 | $2,397.78 | $0.00 |
| 10 | Christina Pak-Hanratty | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 11 | Bryan Cave LLP c/o Sarah M. Good | 7100-000 | $4,500.00 | $20,311.14 | $20,311.14 | $0.00 |
| 12 | Daniel P. Stanton Trust Attn:  Dan Stanton | 7100-000 | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 13 | Parsons Farnell & Grein, LLP | 7100-000 | NA | $247,227.91 | $247,227.91 | $0.00 |
| 14U | Scott D. Stanton Trust | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15 | Scott D. Stanton | 7100-000 | NA | $370,600.00 | $370,600.00 | $0.00 |
| 16 | Scott D. Stanton Trust | 7100-000 | $236,552.00 | $184,500.00 | $184,500.00 | $0.00 |
| 17U | Scott D. Stanton | 7100-000 | $597,747.00 | $512,609.00 | $512,609.00 | $0.00 |

| 18 | William C. Smith, Jr. | 7100-000 | $2,240,073.39 | $2,450,019.46 | $2,450,019.46 | $0.00 |
|---|---|---|---|---|---|---|
| 19 | Anthony C Seitz aka Andy Seitz | 7100-000 | $16,023.57 | $16,023.57 | $16,023.57 | $0.00 |
| 21U | Oregon Department of Revenue | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21U-2 | Oregon Department of Revenue | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21U-3 | Oregon Department of Revenue | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21U-4 | Oregon Department of Revenue | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21U-5 | Oregon Department of Revenue | 7100-000 | NA | $2,757.50 | $2,757.50 | $0.00 |
| 22U | City of Portland | 7100-000 | NA | $60.00 | $60.00 | $0.00 |
| N/F | AT&T Mobility | 7100-000 | $100.95 | NA | NA | NA |
| N/F | Adelina Welch | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alan L Cook | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alicia Ruckwardt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | April Finucane | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Smith | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barrington Management, LLC | 7100-000 | $29,300.00 | NA | NA | NA |
| N/F | Brett Pull | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christian O Brahe-Pedersen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cole Schotz Meisel Forman & Le | 7100-000 | $34,374.49 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $119.85 | NA | NA | NA |
| N/F | Comcast Business | 7100-000 | $403.14 | NA | NA | NA |

| N/F | DHX Advertising | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Dan Stanton | 7100-000 | $106,149.00 | NA | NA | NA |
| N/F | Daniel Carroll | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David Driskill | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Don Jurgens | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dwayne A Castrillon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eric Smith | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Erick Cloward | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Erik Blanchard | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Erwin Thomas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jack Horn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeffrey J Stupfel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John C. Herbers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John R Falkey | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Scott | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Justin Collum | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Karen L Peterson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kyle A McLenithan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Locology LLC | 7100-000 | $4,860.00 | NA | NA | NA |
| N/F | Lori L Forbess | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Margaret Wallace | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marsha Smith | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Matthew Piatt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Bruchey | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael J Kephart | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Molly Bradley | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nathan Anderson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shellie Tetzlaff | 7100-000 | $130.66 | NA | NA | NA |
| N/F | Sheri Y Kennedy Finucane | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Simon Buchard | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Simon P Buchard | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steven Daniels | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Technology Association of Oreg | 7100-000 | $250.00 | NA | NA | NA |
| N/F | The Hartford | 7100-000 | $1,767.00 | NA | NA | NA |
| N/F | Thompson Kessler Wiest & Borqu | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Tracy L Blom | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TravelerTravelers CLs CL | 7100-000 | $80.00 | NA | NA | NA |
| N/F | Travelers | 7100-000 | $80.00 | NA | NA | NA |
| N/F | VOIP Portland | 7100-000 | $180.00 | NA | NA | NA |
| N/F | Wade Wilson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Xuma | 7100-000 | $2,700.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,298,064.71** | **$4,012,115.15** | **$4,012,115.15** | **$0.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

Case No.:   15-63347-JWC

Case Name:   HCG SOFTWARE, LLC

For Period Ending:   12/02/2020

Trustee Name:   (300320) S. Gregory Hays

Date Filed (f) or Converted (c):   07/16/2015 (f)

§ 341(a) Meeting Date:   08/25/2015

Claims Bar Date:   11/02/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checks | 1,382.67 | 1,382.67 | | 0.00 | FA |
| 2 | JPMorgan Chase Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | U.S. Bank checking Account | 346.60 | 346.60 | | 0.00 | FA |
| 4 | Security deposit held by landlord<br>Subject to offset against unpaid rent. | 34,667.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts Receivable | 15,639.12 | 15,639.12 | | 1,589.67 | FA |
| 6* | Judgment Against Public Sector Solutions, Inc (See Footnote) | 1,031,652.50 | 12,500.00 | | 25,000.00 | FA |
| 7 | Loan made to Andy Seitz | 8,400.00 | 0.00 | | 0.00 | FA |
| 8 | Unauthorized payments to Scott D. Stanton | Unknown | 0.00 | | 0.00 | FA |
| 9 | Software and associated software code | Unknown | 83,000.00 | | 83,000.00 | FA |
| 10 | URL: previsionepm.com | 50.00 | 50.00 | | 0.00 | FA |
| 11 | URL: hcgsoftware.com | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Miscellaneous office equipment (See Attachment B | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 13 | Computers and monitors | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 14 | Servers | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 15 | Tax Refunds (u) | 0.00 | 382.67 | | 384.12 | FA |
| 16 | Avoidance Action Claims (u) | 0.00 | 2,759.34 | | 2,759.34 | FA |
| 17 | Insurance Payment (u) | 0.00 | 500.00 | | 500.00 | FA |
| **17** | **Assets Totals (Excluding unknown values)** | **$1,098,187.89** | **$122,610.40** | | **$119,233.13** | **$0.00** |

RE PROP# 6    Public-Sector Solutions ("PSS") filed Chapter 7 in the District of Maryland.  The Trustee for PSS has resolved a fraudulent conveyance claims in that matter. The Trustee negotiated a settlement with the Trustee in the PSS bankruptcy case.

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   12/31/2017          Current Projected Date Of Final Report (TFR):   08/21/2020 (Actual)

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case No.:** | 15-63347-JWC |
| **Case Name:** | HCG SOFTWARE, LLC |
| **Taxpayer ID #:** | **-***6882 |
| **For Period Ending:** | 12/02/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/04/15 | {16} | Davis & Galm | Preference funds from garnishment to US Bank | 1241-000 | 2,759.34 | | 2,759.34 |
| 08/17/15 | {15} | US Treasury | Refund - 1st quarter 2015 Form 941 | 1224-000 | 382.67 | | 3,142.01 |
| 08/17/15 | {17} | The Hartford | Personal property damage 10/22/14 | 1229-000 | 500.00 | | 3,642.01 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,632.01 |
| 09/09/15 | {15} | US Treasury | Refund of December 2008 form 944 | 1224-000 | 1.45 | | 3,633.46 |
| 09/09/15 | {5} | University of Arkansas | A/R Collection | 1121-000 | 1,500.00 | | 5,133.46 |
| 09/18/15 | {9} | Home Brands Group LLC | Earnest Money Deposit. Sale of assets per Order, Dkt # 49. Applied to Software & associated code. | 1129-000 | 10,000.00 | | 15,133.46 |
| 09/24/15 | {5} | MODA Health | Final bill | 1121-000 | 89.67 | | 15,223.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.71 | 15,210.42 |
| 10/19/15 | | Home Brands Group LLCWells Fargo SF | Wire transfer. Sale of assets per Order, Dkt # 49. | | 40,000.00 | | 55,210.42 |
| | {9} | Home Brands Group, LLC | Allocation of sale proceeds to scheduled value of Software & associated software code. $73,000.00 | 1129-000 | | | |
| | {14} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Servers. $3,500.00 | 1129-000 | | | |
| | {13} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Computers and Monitors $1,500.00 | 1129-000 | | | |
| | {12} | Home Brands Group LLC | Allocation of sale proceeds to scheduled value of Miscellaneous equipment $1,000.00 | 1129-000 | | | |
| | | William Smith | Payment of secured claim in assets sold. -$39,000.00 | 4210-000 | | | |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.97 | 55,167.45 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.70 | 55,090.75 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.17 | 55,003.58 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.27 | 54,927.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.16 | 54,851.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.55 | 54,764.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.93 | 54,688.67 |

**Page Subtotals:** $55,233.13    $544.46

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 15-63347-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HCG SOFTWARE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6882 | Account #: | ******4866 Checking Account |
| For Period Ending: | 12/02/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.82 | 54,612.85 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 86.18 | 54,526.67 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.60 | 54,451.07 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.91 | 54,365.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.98 | 54,287.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.27 | 54,211.91 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.95 | 54,128.96 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.64 | 54,051.32 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.91 | 53,968.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.45 | 53,895.96 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.10 | 53,815.86 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.24 | 53,743.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.03 | 53,658.59 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.17 | 53,581.42 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.49 | 53,506.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 84.66 | 53,422.27 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.27 | 53,348.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.84 | 53,266.16 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.61 | 53,189.55 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.95 | 53,115.60 |
| 01/25/18 | {6} | Public-Sector Solutions, inc (Yumkas, Vidmar IOLTA) | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 | | 65,615.60 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.03 | 65,528.57 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.96 | 65,440.61 |
| 03/05/18 | {6} | Joesph J Bellinger, Trustee for Public-Sector Solutions | Settlement of claim between HCG Trustee, PSS Trustee, USL Financials, Inc., and Konstantinos Alexakis per Order, docket # 74. | 1149-000 | 12,500.00 | | 77,940.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.50 | 77,832.11 |

|  |  | Page Subtotals: | $25,000.00 | $1,856.56 |
|---|---|---|---|---|

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case No.:** | 15-63347-JWC | |
| **Case Name:** | HCG SOFTWARE, LLC | |
| **Taxpayer ID #:** | **-***6882 | |
| **For Period Ending:** | 12/02/2020 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4866 Checking Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.21 | 77,723.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.98 | 77,600.92 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 107.89 | 77,493.03 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.89 | 77,374.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.00 | 77,259.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.26 | 77,199.88 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.79 | 77,130.09 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 77,130.09 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 80,233.13 | 80,233.13 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 77,130.09 | |
| Subtotal | 80,233.13 | 3,103.04 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $80,233.13 | $3,103.04 | |

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case No.:** | 15-63347-JWC |
| **Case Name:** | HCG SOFTWARE, LLC |
| **Taxpayer ID #:** | **-***6882 |
| **For Period Ending:** | 12/02/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0099 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 77,130.09 | | 77,130.09 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 61.63 | 77,068.46 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 123.18 | 76,945.28 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 118.88 | 76,826.40 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 130.98 | 76,695.42 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 126.67 | 76,568.75 |
| 10/21/20 | 1000 | S. Gregory Hays, Trustee | Trustee commission and expenses paid per Order, Dkt # 99. | | | 4,986.52 | 71,582.23 |
| | | S. Gregory Hays, Trustee | Trustee commission paid per Order, Dkt # 99.  $4,831.75 | 2100-000 | | | |
| | | S. Gregory Hays, Trustee | Trustee expenses paid per Order, Dkt # 99.  $154.77 | 2200-000 | | | |
| 10/21/20 | 1001 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 99. | | | 42,206.29 | 29,375.94 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 99.  $41,869.94 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 99.  $336.35 | 3220-000 | | | |
| 10/21/20 | 1002 | Pierce McCoy PLLC | Attorney fees paid per Order, Dkt # 99. | 3210-000 | | 9,600.00 | 19,775.94 |
| 10/21/20 | 1003 | Hays Financial Consulting LLC | Accountant fees and expenses paid per Order, Dkt # 99. | | | 19,775.94 | 0.00 |
| | | Hays Financial Consulting LLC | Accountant fees paid per Order, Dkt # 99.  $18,961.58 | 3310-000 | | | |
| | | Hays Financial Consulting LLC | Accountant expenses paid per Order, Dkt # 99.  $814.36 | 3320-000 | | | |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 77,130.09 | 77,130.09 | $0.00 |
| Less: Bank Transfers/CDs | | 77,130.09 | 0.00 | |
| **Subtotal** | | 0.00 | 77,130.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $77,130.09 | |

## Form 2

Exhibit 9
Page:  5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-63347-JWC |
| **Case Name:** | HCG SOFTWARE, LLC |
| **Taxpayer ID #:** | **-***6882 |
| **For Period Ending:** | 12/02/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0099 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $80,233.13 |
| Plus Gross Adjustments: | $39,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $119,233.13 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4866 Checking Account | $80,233.13 | $3,103.04 | $0.00 |
| ******0099 Demand Deposit Account | $0.00 | $77,130.09 | $0.00 |
| | $80,233.13 | $80,233.13 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)