## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**HCG Software, LLC**
507 Avery Creek Pointe
Woodstock, GA 30188

**56–2416882**

Case No.: **15–63347–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

Jeffery W. Cavender
United States Bankruptcy Judge

Dated:   December 31, 2020
Form 183